UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-21087-CIV-MORENO

GEORGE TERSHAKOVEC, DIANA TERSHAKOVEC, JACQUES RIMOKH, HERBERT ALLEY, MICHAEL DELAGARZA, ATTILA GONDAN, ERIC KAMPERMAN, GREG ROBERTS, RICHARD KOWALCHIK, TRAVIS MCRAE, MICHAEL MCCURRY, MARK HOCHSPRUNG, JOHN AUBREY, JOSE CRUZ, ERIC EVANS, BYRON HARPER, and TODD NEWTON, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

FORD MOTOR COMPANY,

    Defendant.
_____/

## ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND PLACING MATTER IN CIVIL SUSPENSE FILE

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

Because this case has been stayed pending appeal, the Court finds it advisable to place the case in civil suspense. Accordingly, it is

**ADJUDGED** that:

I.  The Clerk of this Court shall mark this case as closed for statistical purposes and place the matter in a civil suspense file.

II.  The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

III. This order shall not prejudice the rights of the parties to this litigation.

IV. Plaintiffs SHALL notify the Court by **December 23, 2022**, and every three months thereafter of the current status of the proceedings and when this action is ready to proceed.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd of September 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record