UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **17-21087-CIV-MORENO**

GEORGE TERSHAKOVEC, DIANA
TERSHAKOVEC, JACQUES RIMOKH,
HERBERT ALLEY, MICHAEL
DELAGARZA, ATTILA GONDAN, ERIC
KAMPERMAN, GREG ROBERTS,
RICHARD KOWALCHIK, TRAVIS MCRAE,
MICHAEL MCCURRY, MARK
HOCHSPRUNG, JOHN AUBREY, JOSE
CRUZ, ERIC EVANS, BYRON HARPER, and
TODD NEWTON, individually and on behalf
of all others similarly situated,

        Plaintiffs,

vs.

FORD MOTOR COMPANY,

        Defendant.
_____/

## ORDER SETTING HEARING FOR ORAL ARGUMENT

THIS CAUSE came before the Court upon Plaintiff's Renewed Motion for Class Certification of the California and Texas State Classes (**D.E. 328**), filed on **October 13, 2023**.

It is

**ADJUDGED** that oral argument shall take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 12-2, 400 North Miami Avenue, Miami, Florida 33128, on Monday, **December 11, 2023 at 9:30 AM**. Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th of November 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record