**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:17-cv-21087-FAM

GEORGE TERSHAKOVEC, DIANA TERSHAKOVEC, JOHN AUBREY, BYRON HARPER, RICHARD KOWALCHIK, ERNESTO LARIOS, SHAUNTI YANIK-LARIOS, JACQUES RIMOKH, MARK HOCHSPRUNG, FRANK PORTER, GREG ROBERTS, WAYNE LINN, STEPHEN KELLY, JILL KELLY, JOSH LONG, JOSE CRUZ, ATTILA GONDAN, HERBERT ALLEY, ERIC KAMPERMAN, TRAVIS MCRAE, TODD NEWTON, and ERIC EVANS, individually and on behalf of all others similarly situated,

          Plaintiffs,

vs.

FORD MOTOR COMPANY,

          Defendant.

## **DEFENDANT, FORD MOTOR COMPANY'S, FIFTH AMENDED TRIAL EXHIBIT LIST**

Ford Motor Company (Ford), pursuant to the Court's December 14, 2023 Scheduling Order Setting Trial (D.E. 337), Defendant submits a list of exhibits for use at trial. Defendant reserves the right to use any exhibit identified on Plaintiffs' exhibit list, as well as any exhibit needed for the purposes of rebuttal or impeachment.

Counsel for the parties have agreed to meet and confer to discuss their respective exhibits, attempt to identify agreed upon exhibits, and address as many objections as possible in an effort to streamline presentation of evidence and objections closer to or at trial.

Ford does not agree to the admissibility of all the exhibits on this list, as they are listed in an abundance of caution, and reserves any and all objections to these exhibits, including, but not limited to, objections as to authenticity, hearsay, relevancy, materiality, privilege and/or prejudice. Additionally, some the documents listed on this Exhibit List (and potentially Plaintiffs' Exhibit List) contain confidential/proprietary information that Ford will request be kept under seal or

redacted. Ford will move the Court and confer with Plaintiffs on a case-by-case basis to determine if and how any particular document should be sealed in accordance with applicable law.

Ford reserves the right to modify this list, including adding or subtracting exhibits prior to the parties' filing of their Joint Exhibit List with the Court, Defendant also reserves the right to supplement or amend this list based on the Court's ruling before or at trial, after meeting and conferring with Plaintiffs regarding this list, or any another appropriate reason. Defendant also reserves the right to object to Plaintiffs' exhibit list at a future date.

Dated: March 8, 2024    Respectfully submitted,

        COLE, SCOTT & KISSANE, P.A.

        By: */s/ Sean Hernandez*
        Henry Salas, Esquire (FBN: 815268)
        Sean Hernandez (FBN: 123834)
        Dadeland Centre II – Suite 1400
        9150 South Dadeland Boulevard
        Miami, FL 33156
        Telephone: (786) 268-6410
        Henry.Salas@csklegal.com
        Sean.Hernandez@csklegal.com

        John M. Thomas (*pro hac vice*)
        David M. George (*pro hac vice*)
        Krista L. Lenart (*pro hac vice*)
        DYKEMA GOSSETT PLLC
        2723 South State Street, Suite 400
        Ann Arbor, MI 48104
        Telephone: 734-214-7613
        jthomas@dykema.com
        dgeorge@dykema.com
        klenart@dykema.com

        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th of March 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Noticed of Electronic Filing.

> COLE, SCOTT & KISSANE, P.A.
> Attorneys for Defendant
> Dadeland Centre II – Suite 1400
> 9150 South Dadeland Boulevard
> Miami, FL 33156
> Telephone: (305) 350-5323
> Facsimile: (305) 373-2294
>
> By:' */s/ Sean Hernandez*
>     Henry Salas, Esquire (FBN: 815268)
>     Sean Hernandez (FBN: 123834)
>
>     John M. Thomas
>     David M. George
>     Krista L. Lenart
>     DYKEMA GOSSETT PLLC
>     2723 South State Street
>     Suite 400
>     Ann Arbor, MI 48104
>     Telephone: 734-214-7613
>     *Admitted Pro Hac Vice*

## SERVICE LIST

**Catherine Y.N. Gannon**
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
(206) 623-7292
Email: catherineg@hbsslaw.com

**Steve W. Berman**
Hagens Berman Sobol Shapiro, LLP
1918 Eighth Avenue
Suite 3300
Seattle, WA 98101
(206) 623-7292
Fax: 206-623-0594
Email: steve@hbsslaw.com

**Stuart Z. Grossman**
Grossman, Roth, Yaffa, Cohen, PA
2525 Ponce de Leon Boulevard
Suite 1150
Coral Gables, FL 33134
305-442-8666
Fax: 285-1668
Email: szg@grossmanroth.com

# EXHIBIT A

*TERSHAKOVEC, et al. v. FORD MOTOR COMPANY*
No. 1:17-cv-21087-FAM (S.D. Fla.)
**DEFENDANT'S FIFTH AMENDED TRIAL EXHIBIT LIST (March 8, 2024)**

| DOC ID | DESCRIPTION | BATES BEG / IDENTIFIER |
|---|---|---|
| **FORD'S EXHIBITS** | | |
| 1 | Exemplar GT350 Full Diagnostic IDS.pdf | |
| 2 | 20190606 Tershakovec VI Full Tech View.pdf | |
| 3 -13 | EXHIBITS WITHDRAWN | |
| 14 | IMG_3834.JPG - Exemplar Inspection Photo | |
| 15 | IMG_3837.JPG - Exemplar Inspection Photo | |
| 16 | IMG_3843.JPG - Exemplar Inspection Photo | |
| 17 | IMG_3849.JPG - Exemplar Inspection Photo | |
| 18 | IMG_3866.JPG - Exemplar Inspection Photo | |
| 19 | IMG_3962.JPG - Exemplar Inspection Photo | |
| 20 | IMG_3968.JPG - Exemplar Inspection Photo | |
| 21 | IMG_3973.JPG - Exemplar Inspection Photo | |
| 22 | IMG_3974.JPG - Exemplar Inspection Photo | |
| 23 | IMG_3978.JPG - Exemplar Inspection Photo | |
| 24 | IMG_4135.JPG - Exemplar Inspection Photo | |
| 25 | IMG_4138.JPG - Exemplar Inspection Photo | |
| 26 | IMG_4139.JPG - Exemplar Inspection Photo | |
| 27 | IMG_4142.JPG - Exemplar Inspection Photo | |
| 28 | IMG_4143.JPG - Exemplar Inspection Photo | |
| 29 | IMG_4147.JPG - Exemplar Inspection Photo | |
| 30 | IMG_4157.JPG - Exemplar Inspection Photo | |
| 31 | IMG_4175.JPG - Exemplar Inspection Photo | |
| 32 | IMG_4176.JPG - Exemplar Inspection Photo | |
| 33 | IMG_4182.JPG - Exemplar Inspection Photo | |
| 34 | IMG_4183.JPG - Exemplar Inspection Photo | |
| 35 | IMG_4211.JPG - Exemplar Inspection Photo | |
| 36 | IMG_4212.JPG - Exemplar Inspection Photo | |
| 37 | IMG_4213.JPG - Exemplar Inspection Photo | |
| 38 | IMG_4237.JPG - Exemplar Inspection Photo | |
| 39 | IMG_4238.JPG - Exemplar Inspection Photo | |
| 40 | IMG_4239.JPG - Exemplar Inspection Photo | |
| 41 | IMG_4273.JPG - Exemplar Inspection Photo | |
| 42 | IMG_4278.JPG - Exemplar Inspection Photo | |
| 43 | IMG_4279.JPG - Exemplar Inspection Photo | |
| 44 | IMG_4286.JPG - Exemplar Inspection Photo | |
| 45 | IMG_4287.JPG - Exemplar Inspection Photo | |
| 46 | IMG_4302.JPG - Exemplar Inspection Photo | |
| 47 | IMG_4303.JPG - Exemplar Inspection Photo | |
| 48 | IMG_4304.JPG - Exemplar Inspection Photo | |
| 49 | IMG_4318.JPG - Exemplar Inspection Photo | |
| 50 | IMG_4341.JPG - Exemplar Inspection Photo | |
| 51 | IMG_4342.JPG - Exemplar Inspection Photo | |
| 52 | IMG_4343.JPG - Exemplar Inspection Photo | |
| 53 | IMG_4351.JPG - Exemplar Inspection Photo | |
| 54 | IMG_4361.JPG - Exemplar Inspection Photo | |
| 55 | IMG_4362.JPG - Exemplar Inspection Photo | |
| 56 | IMG_4363.JPG - Exemplar Inspection Photo | |
| 57 | IMG_4370.JPG - Exemplar Inspection Photo | |
| 58 | IMG_4372.JPG - Exemplar Inspection Photo | |
| 59 | IMG_4376.JPG - Exemplar Inspection Photo | |
| 60 | IMG_4377.JPG - Exemplar Inspection Photo | |
| 61 | IMG_4383.JPG - Exemplar Inspection Photo | |
| 62 -93 | EXHIBITS WITHDRAWN | |
| 94 | GT350003 FordTrackBen1.VBO | |
| 95 | GT350004 FordTrackSerge1.VBO | |
| 96 | GT350005 FordTrackBen2.VBO | |
| 97 | GOPR0116.MP4 - Serge Gregory Video | |

*TERSHAKOVEC, et al. v. FORD MOTOR COMPANY*
No. 1:17-cv-21087-FAM (S.D. Fla.)
**DEFENDANT'S FIFTH AMENDED TRIAL EXHIBIT LIST (March 8, 2024)**

| DOC ID | DESCRIPTION | BATES BEG / IDENTIFIER |
|---|---|---|
| 98 | GOPR0117.MP4 - Serge Gregory Video | |
| 99 | GOPR0118.MP4 - Serge Gregory Video | |
| 100 | GP010116.MP4 - Serge Gregory Video | |
| 101 | GP010117.MP4 - Serge Gregory Video | |
| 102 | GP010118.MP4 - Serge Gregory Video | |
| 103 | GOPR0044.MP4 - Serge Gregory Video | |
| 104 | GOPR0045.MP4 - Serge Gregory Video | |
| 105 | GOPR0046.MP4 - Serge Gregory Video | |
| 106 | GP010044.MP4 - Serge Gregory Video | |
| 107 | GP010045.MP4 - Serge Gregory Video | |
| 108 | GP010046.MP4 - Serge Gregory Video | |
| 109 | FSC SGtrackBackConesFSC GP.mp4 | |
| 110 | FSC SGtrackBackConesFSC.avi | |
| 111 | FSC SGtrackBeforeJumpFSC GP.mp4 | |
| 112 | FSC SGtrackBeforeJumpFSC.avi | |
| 113 | NoFSC SGtrackBackConesNoFSC GP.mp4 | |
| 114 | NoFSC SGtrackBackConesNoFSC.avi | |
| 115 | NoFSC SGtrackBeforeJumpNoFSC GP.mp4 | |
| 116 | NoFSC SGtrackBeforeJumpNoFSC.avi | |
| 117 | AlfaRomeo_US Giulia-Quadrifoglio_2017.pdf | |
| 118 | Nissan GT-R 2016.pdf | |
| 119 | JoseCruz_1.pdf - 2016 Shelby Mustang Booklet | Ford-Tershakovec 008 |
| 120 | JoseCruz_3.pdf - Vehicle Order Documents | PLAINTIFFS0001028 |
| 121 | ErnestoLarios_1.pdf - 2016 Mustang Booklet | Ford-Tershakovec 008 |
| 122 | ErnestoLarios_3.pdf - Press Release - Raises the Bar for Handling | |
| 123 | ErnestoLarios_4.pdf - Press Release - Raises the Bar for Handling | |
| 124 | ErnestoLarios_7.pdf - Vehicle Contract | PLAINTIFFS00031 98 |
| 125 | TravisMcRae_1.pdf - Social Media Post - Vehicle | |
| 126 - 151 | EXHIBIT WITHDRAWN | |
| 152 | 1806120 Test Protocol - DRAFT PDF.pdf | |
| 153 - 154 | EXHIBITS WITHDRAWN | |
| 155 | Alldata Repair - 2016 Ford Mustang V8-5.2L - Service And Repair Transtemp1.Pdf | |
| 156 | EXHIBIT WITHDRAWN | |
| 157 | Drivers Education Minimum Standards _ Porsche Club of America.pdf | |
| 158 - 159 | EXHIBITS WITHDRAWN | |
| 160 | HPDE_ High Performance Driving Event - NASA.pdf | |
| 161 - 164 | EXHIBIT WITHDRAWN | |
| 165 | Post-Test Vehicle Report.Pdf | |
| 166 | EXHIBIT WITHDRAWN | |
| 167 | Track Days - The Definitive Guide with Tips For Beginners.pdf | |
| 168 | EXHIBIT WITHDRAWN | |
| 169 | Track-Day-Lite-FAQs.pdf | |
| 170 | Trans Temp.Tif | |
| 171 | 2014 Ferrari 458 Speciale Owners Manual.pdf | |
| 172 | 2015-2016-Mustang-Shelby-GT350-Supplement.pdf | |
| 173 | 2016-Nissan GTR-Owner-Manual.pdf | |
| 174 | 2017 Acura NSX Owners Manual.PDF | |
| 175 | 2017 Alfa Romeo Giulia Quadrifoglio Owners Manual.pdf | |
| 176 - 180 | EXHIBITS WITHDRAWN | |
| 181 | Ford Mustang 2016 Brochure.Pdf | |
| 182 | Ford Mustang 2016 Owners Manual.pdf | |
| 183 - 184 | EXHIBITS WITHDRAWN | |
| 185 | Figure 1 - Rebuttal Report* (Page 5) - Serge Gregory - VBOX Customers: Automotive Manufacturers, [5] | *Report referenced in DOC 185 through DOC 327 refers to reports created by Dr. Serge Gregory. |
| 186 | Figure 2 - Rebuttal Report (Page 6) - Serge Gregory - VBOX Customers: Automotive Suppliers, [5] | |

*TERSHAKOVEC, et al. v. FORD MOTOR COMPANY*
No. 1:17-cv-21087-FAM (S.D. Fla.)
**DEFENDANT'S FIFTH AMENDED TRIAL EXHIBIT LIST (March 8, 2024)**

| DOC ID | DESCRIPTION | BATES BEG / IDENTIFIER |
|---|---|---|
| 187 | Figure 3 - Rebuttal Report (Page 6) - Serge Gregory -VBOX Customers: Tire Manufacturers, [5] | |
| 188 | Figure 4 - Rebuttal Report (Page 6) - Serge Gregory - VBOX Customers: Vehicle Testing Companies, [5] | |
| 189 | Figure 5 - Rebuttal Report (Page 6) - Serge Gregory - VBOX Customers: Motorsport Companies, [5] | |
| 190 | Figure 6 - Rebuttal Report (Page 7)- Serge Gregory - VBOX Customers: Media Companies, [5] | |
| 191 | Figure 7 - Rebuttal Report (Page 8) - Serge Gregory - Instrumented Exemplar GT350: Forward Facing Camera and GPS | |
| 192 | Figure 8 - Rebuttal Report (Page 9)- Serge Gregory - Instrumented Exemplar GT350: VBOX Display, Camera Viewing Information Display, Pedals Facing Camera | |
| 193 | Figure 9 - Rebuttal Report (Page 9) - Serge Gregory - Instrumented Exemplar GT350: Camera Monitors, VBOX Data Recorder, Driver-View Camera, Microphone | |
| 194 | Figure 10 - Rebuttal Report (Page 10)- Serge Gregory - Icons of some of the video files provided | |
| 195 | Figure 20 - Rebuttal Report (Page 20) - Serge Gregory - Track Driving Video Still Image: Start of Track Session | |
| 196 | Figure 21 - Rebuttal Report (Page 21) - Serge Gregory - Track Driving Video Still Image: View of Driver Steering and Shifting | |
| 197 | Figure 22 - Rebuttal Report (Page 22) - Serge Gregory - Track Driving Video Still Image: Exterior Panning View | |
| 198 | Figure 23 - Rebuttal Report (Page 23) - Serge Gregory - Track Driving Video Still Image: View of GT350 Information Display | |
| 199 | Figure 24 - Rebuttal Report (Page 24) - Serge Gregory - Track Driving Video Still Image: View of the Pedals | |
| 200 | Figure 25 - Rebuttal Report (Page 25) - Serge Gregory - Track Driving Video Still Image: Forward Facing View | |
| 201 | Figure 26 - Rebuttal Report (Page 26) - Serge Gregory - Track Driving Video Still Image: Forward Facing View | |
| 202 | Figure 31 - Rebuttal Report (Page 32) - Serge Gregory - Dr. Dahm's lap time calculations | |
| 203 | Figure 32 - Rebuttal Report (Page 34) - Serge Gregory - Professional Driver Track Session: Laps 3 upper half of plot & 10 lower half of plot Comparison | |
| 204 | Figure 33 - Rebuttal Report (Page 35) - Serge Gregory - Professional Driver Track Session: Laps 3 upper half of plot & 11 lower half of plot Comparison | |
| 205 | Figure 34 - Rebuttal Report (Page 36) - Serge Gregory - Professional Driver Track Session: Laps 3 upper half of plot & 12 lower half of plot Comparison | |
| 206 | Figure 35 - Rebuttal Report (Page 37) - Professional Driver Track Session: Laps 3 upper half of plot & 13 lower half of plot Comparison | |
| 207 | Figure 36 - Rebuttal Report (Page 42) - Serge Gregory - Professional Driver, FSC and no FSC Overlay of Vehicle Speed | |
| 208 | Figure 37 - Rebuttal Report (Page 43) - Serge Gregory - Dr. Gregory Track Session Data, FSC and no FSC Overlay | |
| 209 | Figure 38 - Rebuttal Report (Page 44) - Serge Gregory - Professional Driver, FSC and no FSC Overlay of Vehicle G's | |
| 210 | Figure 39 - Rebuttal Report (Page 45) - Dr. Gregory Track Session Data, FSC and no FSC Overlay of Vehicle G's | |
| 211 | Figure 40 - Rebuttal Report (Page 47) - Dr. Dahm's equations and paragraph 23 of his January, 2020 report [7] | |
| 212 | Figure 41 - Rebuttal Report (Page 47) - Dr. Dahm's equation 1 from his January, 2020 report [7] | |
| 213 | Figure 42 - Rebuttal Report (Page 49) - Dr. Dahm's paragraph 28 of his January, 2020 report [7] | |
| 214 | Figure 43 - Rebuttal Report (Page 52) - Dr. Dahm's calibration Excel file compared to recorded VBOX data | |
| 215 | Figure 44 - Rebuttal Report (Page 53) - Dr. Dahm's calibration Excel file using 5,000 RPM compared to the recorded VBOX data | |
| 216 | Figure 45 - Rebuttal Report (Page 54) - Dr. Dahm's calibration Excel □le using 4,500 RPM compared to the recorded VBOX data | |

*TERSHAKOVEC, et al. v. FORD MOTOR COMPANY*
No. 1:17-cv-21087-FAM (S.D. Fla.)
**DEFENDANT'S FIFTH AMENDED TRIAL EXHIBIT LIST (March 8, 2024)**

| DOC ID | DESCRIPTION | BATES BEG / IDENTIFIER |
|---|---|---|
| 217 | Figure 46 - Rebuttal Report (Page 57) - Plot of Dr. Dahm's "80F 80F" Excel file with 3,500 RPM as the input engine speed | |
| 218 | Figure 47 - Rebuttal Report (Page 60) - Appendix A: Dr. Gregory: vehicle at a track | |
| 219 | Figure 48 - Rebuttal Report (Page 61) - Appendix A: BMW driving instructors | |
| 220 | Figure 49 - Rebuttal Report (Page 62) - Appendix A: Formula SAE | |
| 221 | Figure 50 - Rebuttal Report (Page 63) - Appendix A: Track Day Photo | |
| 222 | Figure 51 - Rebuttal Report (Page 63) - Appendix A: Track Day Photo | |
| 223 | Figure 52 - Rebuttal Report (Page 64) - Appendix A: Track Day Photo | |
| 224 - 225 | EXHIBITS WITHDRAWN | |
| 226 | Table 3 - Rebuttal Report (Page 38) - Professional Driver Track Session: Lap Times | |
| 227 | Table 4 - Rebuttal Report (Page 39) - Dr. Gregory Track Session: Lap Times | |
| 228 | Table 5 - Rebuttal Report (Page 40) - Professional Driver Track Session: Lap 16 Cooldown | |
| 229 | Table 6 - Rebuttal Report (Page 41) - Comparison of Peak Accelerations with and without FSC Active | |
| 230 | Figure 1 - Original Report (Page 3) - Scope of the Inspection | |
| 231 | Figure 2 - Original Report (Page 5) - Transmission fluid temperature | |
| 232 | Figure 3 - Original Report (Page 5) - Differential fluid temperature | |
| 233 | Figure 4 - Original Report (Page 7) - Exemplar 2016 GT350, front | |
| 234 | Figure 5 - Original Report (Page 7) - Exemplar 2016 GT350, rear | |
| 235 | Figure 6 - Original Report (Page 8) - Exemplar 2016 GT350, VIN | |
| 236 | Figure 7 - Original Report (Page 9) - TFT Sensor Service Diagram | |
| 237 | 17 FSC Level 5,         RPM rev limit | |
| 238 | Figure 18 - Original Report (Page 20) - FSC Level 5,Temperature Warning Display | |
| 239 | Figure 19 - Original Report (Page 21) - Engine Oil Pressure and Temperature Gauges | |
| 240 | EXHIBIT WITHDRAWN | |
| 241 | Figure 22 - Original Report (Page 25) - Instrumented Exemplar GT350: Camera and GPS | |
| 242 | Figure 23 - Original Report (Page 26) - Instrumented Exemplar GT350: VBOX Display, Camera Facing Information Display, Camera Facing Pedals | |
| 243 | Figure 24 - Original Report (Page 26) - Instrumented Exemplar GT350: Camera Monitors, VBox Data Recorder, Driver-View Camera, Microphone | |
| 244 | Figure 29 - Original Report (Page 32) - Ford Dearborn Development Center | |
| 245 | Figure 30 - Original Report (Page 33) - Ford Handling Track 8 Used for Testing | |
| 246 | Figure 31 - Original Report (Page 34) - Professional Test Driver on Track | |
| 247 | Figure 32 - Original Report (Page 34) - Professional Test Driver on Track | |
| 248 | Figure 33 - Original Report (Page 35) - Dr. Gregory Drive on Track | |
| 249 | Figure 34 - Original Report (Page 35) - Dr. Gregory Drive on Track | |
| 250 | Figure 35 - Original Report (Page 37) - Professional Driver, Complete Track Session | |
| 251 | Figure 36 - Original Report (Page 38) - Professional Driver, No FSC Level Active | |
| 252 | Figure 37 - Rebuttal Report (Page 39) - Professional Driver, FSC Level Active | |
| 253 | Figure 38 - Original Report (Page 40) - Professional Driver, FSC and No FSC Overlay of Vehicle Speed | |
| 254 | Figure 39 - Original Report (Page 41) - Professional Driver, FSC and No FSC Overlay of Vehicle G's | |
| 255 | Figure 40 - Original Report (Page 42) - Dr. Gregory Track Session Data, Complete Track Session | |
| 256 | Figure 41 - Original Report (Page 43) - Dr. Gregory Track Session Data, No FSC Level Active | |
| 257 | Figure 42 - Original Report (Page 44) - Dr. Gregory Track Session Data, FSC Level Active | |
| 258 | Figure 43 - Original Report (Page 45) - Dr. Gregory Track Session Data, FSC and No FSC Overlay | |
| 259 | Figure 44 - Original Report (Page 46) - Dr. Gregory Track Session Data, FSC and No FSC Overlay of Vehicle G's | |
| 260 | Figure 45 - Original Report (Page 50) - Tershakovec GT350 | |
| 261 | Figure 46 - Original Report (Page 51) - Tershakovec GT350, Accelerator Pedal Gain Controller | |
| 262 | Figure 47 - Original Report (Page 51) - Tershakovec GT350, Rear Suspension Anti-Hop Bracket | |
| 263 | Figure 48 - Original Report (Page 52) - Tershakovec GT350, Aftermarket Exhaust | |
| 264 | Figure 49 - Original Report (Page 52) - Tershakovec GT350, Rocker Sill Bracket | |

*TERSHAKOVEC, et al. v. FORD MOTOR COMPANY*
No. 1:17-cv-21087-FAM (S.D. Fla.)
**DEFENDANT'S FIFTH AMENDED TRIAL EXHIBIT LIST (March 8, 2024)**

| DOC ID | DESCRIPTION | BATES BEG / IDENTIFIER |
|---|---|---|
| 265 | Figure 50 - Original Report (Page 53) -  Tershakovec GT350, Shifter Kit | |
| 266 | Figure 51 - Original Report (Page 53) -  Tershakovec GT350, Aftermarket Suspension | |
| 267 | Figure 52 - Original Report (Page 54) -  Tershakovec GT350 Inspection, Test Loop Driven | |
| 268 | Figure 53 - Original Report (Page 56) -  Cruz GT350 w/ Aftermarket Wheels | |
| 269 | Figure 54 - Original Report (Page 57) -  Cruz GT350, Engine Compartment, Aftermarket Oil Catch Can and Oil Lines | |
| 270 | Figure 55 - Original Report (Page 57) -  Cruz GT350, Aftermarket Oil Catch Cans | |
| 271 | Figure 56 - Original Report (Page 58) -  Cruz GT350,  Aftermarket Engine Air Filter, BAMA Performance Customer Label | |
| 272 | Figure 57 - Original Report (Page 58) -  Cruz GT350, Performance Customer Label | |
| 273 | Figure 58 - Original Report (Page 59) -  BAMA  Performance Site Excerpt | |
| 274 | Figure 59 - Original Report (Page 59) -  BAMA  Performance Site Excerpt | |
| 275 | Figure 60 - Original Report (Page 60) -  BAMA  Performance Site Excerpt | |
| 276 | Figure 61 - Original Report (Page 60) -  Cruz GT350 Inspection, Test Route Driven | |
| 277 | Figure 62 - Original Report (Page 65) -  McRae GT350 | |
| 278 | Figure 63 - Original Report (Page 66) -  McRae GT350, Engine Compartment: left arrow points to Washer Fluid Tank, center arrow points to Aftermarket Engine Coolant Tank, right arrow points to Engine Intake | |
| 279 | Figure 64 - Original Report (Page 66) -  McRae GT350, Engine Compartment, Aftermarket Engine Intake, Air Filter, and Hood Latch | |
| 280 | Figure 65 - Original Report (Page 67) -  McRae GT350, Engine Compartment: top arrow points to Washer Fluid Tank, middle arrow points to Aftermarket Engine Coolant Tank, bottom left arrow points to Air Filter, bottom right arrow points to Aftermarket Bracket | |
| 281 | Figure 66 - Original Report (Page 67) -  McRae GT350  Engine Compartment, Aftermarket Parts Suppliers Logos | |
| 282 | Figure 67 - Original Report (Page 68) -  McRae GT350, Aftermarket Exhaust and Aftermarket Transmission Cooler | |
| 283 | Figure 68 - Original Report (Page 68) -  McRae GT350, Aftermarket Hood Latch System | |
| 284 | Figure 69 - Original Report (Page 69) -  McRae GT350, Frame Bracket and Aftermarket Transmission Cooler Lines | |
| 285 | Figure 70 - Original Report (Page 69) -  McRae GT350, Aftermarket Transmission Cooler Radiator | |
| 286 | Figure 71 - Original Report (Page 70) -  McRae GT350, Aftermarket Differential Cooler | |
| 287 | Figure 72 - Original Report (Page 70) -  McRae GT350, Aftermarket Differential Cooler | |
| 288 | Figure 73 - Original Report (Page 71) -  McRae GT350, Aftermarket Driveshaft | |
| 289 | Figure 74 - Original Report (Page 71) -  McRae GT350, Aftermarket Suspension | |
| 290 | Figure 75 - Original Report (Page 75) -  Larios GT350 | |
| 291 | Figure 76 - Original Report (Page 76) -  Larios GT350, Instrument Cluster | |
| 292 | Figure 77 - Original Report (Page 76) -  Larios GT350, Engine Compartment | |
| 293 | Figure 78 - Original Report (Page 77) -  Larios GT350, Transmission | |
| 294 | Figure 79 - Original Report (Page 77) -  Larios GT350, Exhaust and Rear Differential | |
| 295 | Figure 80 - Original Report (Page 78) -  Larios GT350, Rear Suspension | |
| 296 | Figure 81 - Original Report (Page 82) -  Ford Mustang Shelby GT350 | |
| 297 | Figure 83 - Original Report (Page 84) -  Transmission section with information on operating at high speeds and on track days [10] | |
| 298 | Figure 84 - Original Report (Page 86) -  Fail Safe Mode [11] - | |
| 299 | Figure 85 - Original Report (Page 87) -  Fail Safe Mode [11] | |
| 300 | Figure 86 - Original Report (Page 88) -  Fail Safe Mode [11] | |
| 301 | Figure 87 - Original Report (Page 89) -  Fail Safe Mode [11] | |
| 302 | Figure 88 - Original Report (Page 90) -  Fail Safe Mode [11] | |
| 303 | Figure 89 - Original Report (Page 91) -  Fail Safe Mode [11] | |
| 304 | Figure 90 - Original Report (Page 92) -  Fail Safe Mode [11] | |
| 305 | Figure 91 - Original Report (Page 93) -  Acura NSX | |
| 306 | Figure 92 - Original Report (Page 94) -  Temperature warnings: 2017 Acura NSX | |
| 307 | Figure 93 - Original Report (Page 95) -  2016 Nissan GT-R Digital Brochure | |
| 308 | Figure 94 - Original Report (Page 95) -  Temperature warnings: Nissan GT-R | |
| 309 | Figure 95 - Original Report (Page 96) -  Ferrari 458 Speciale | |
| 310 | Figure 96 - Original Report (Page 97) -  Ferrari 458 Speciale "Slow Down" function [18] | |

*TERSHAKOVEC, et al. v. FORD MOTOR COMPANY*
No. 1:17-cv-21087-FAM (S.D. Fla.)
**DEFENDANT'S FIFTH AMENDED TRIAL EXHIBIT LIST (March 8, 2024)**

| DOC ID | DESCRIPTION | BATES BEG / IDENTIFIER |
|---|---|---|
| 311 | Figure 97 - Original Report (Page 98) -  Ferrari 458 Speciale "Slow Down" function [18 | |
| 312 | Figure 98 - Original Report (Page 98) -  Ferrari 458 Speciale "overheated" warning [18] | |
| 313 | Figure 99 - Original Report (Page 99) -  Ferrari 458 Speciale "overheated" warning [18] | |
| 314 | Figure 100 - Original Report (Page 99) - Ferrari 458 Speciale "overheated" warning [18] | |
| 315 | Figure 101 - Original Report (Page 100) -  Alfa Romeo Giulia Quadrifoglio | |
| 316 | Figure 102 - Original Report (Page 100) -  Temperature Warnings: 2017 Alfa Romeo Giulia Quadrifoglio | |
| 317 | Figure 103 - Original Report (Page 105) -  BAMA Performance Webpage [21] | |
| 318 | Figure 104 - Original Report (Page 105) -  BAMA Performance Webpage [21] | |
| 319 | Figure 105 - Original Report (Page 106) -  BAMA Performance Webpage [21] | |
| 320 | Figure 106 - Original Report (Page 107) -  BAMA Performance Webpage [21] | |
| 321 | Figure 115 - Original Report (Page 119) -  IDS View of DTCs after Professional Driver's Track Session | |
| 322 | Figure 116 - Original Report (Page 120) -  IDS View of DTCs after Dr. Gregory Track Session | |
| 323 | Table 1 - Original Report (Page 4) -  Engine rev limit as a function of temperature [3] | |
| 324 | Table 3 - Original Report (Page 36) - Vehicle Data Plots Legend, Track Driving | |
| 325 | Table 4 - Original Report (Page 47) -  Comparison of Peak Accelerations with and without FSC Active | |
| 326 | Table 5 - Original Report (Page 85) -  Transmission Warning Messages and Actions in Owner's Manual [11] | |
| 327 | Table 8 - Original Report (Page 117) -  Lap Times (seconds) | |
| 328 | EXHIBIT WITHDRAWN | |
| 329 | Kelley Blue Book Company, *Kelley Blue Book Market Report* , Volume 90, No. 9 | |
| 330 | EXHIBIT WITHDRAWN | |
| 331 | Edmunds Used Vehicle Market Report, "2015 and 2017 reports, and Automotive News Data Center, "U.S. car and light-truck sales by make," 2010-2016 | |
| 332 | Automotive News, "Take the Money and Run." May 21, 2018. | |
| 333 | 2018 Used Car Market Report and Outlook, Cox Automotive, p. 73. | |
| 334 | "Car and light-truck franchises in the U.S." Automotive News Data Center, March 2, 2018 | |
| 335 - 338 | EXHIBITS WITHDRAWN | |
| 339 | http://www.svtperformance.com/threads/cooling-a-tech-pack-on-the-track.1101191/ and https://www.youtube.com/watch?v=aNwJboL79Bw | |
| 340 - 351 | EXHIBITS WITHDRAWN | |
| 352 | Genevieve Nauhaus Deposition (Exhibit 325).pdf - Exponent Invoice | |
| 353 | Genevieve Nauhaus Deposition (Exhibit 328).pdf - List of RDA and Survey Monkey Surveys | |
| 354 | Genevieve Nauhaus Deposition (Exhibit 329).pdf - Chart of Base and Tech Owners across U.S.A | |
| 355 | Genevieve Nauhaus Deposition (Exhibit 330).pdf - RDA Group Survey | Ford-Tershakovec 0051857 |
| 356 | Genevieve Nauhaus Deposition (Exhibit 331).pdf - Vehicle Survey Data | |
| 357 | Genevieve Nauhaus Deposition (Exhibit 332).pdf - Vehicle Survey Data | |
| 358 | Genevieve Nauhaus Deposition (Exhibit 333).pdf - Vehicle Survey Data | |
| 359 - 365 | EXHIBITS WITHDRAWN | |
| 366 | Dealer Video regarding the GT350 [Ford-Tershakovec 0000007] | Ford-Tershakovec 007 |
| 367 - 372 | EXHIBITS WITHDRAWN | |
| 373 | Table 1. Average consumer ratings for the subset of items described above. P. 45 | |
| 374 | Table 2. Summary of survey responses from 2016 GT350 Base or Technology package purchasers. | |
| 375 | Figure 1. Respondents' intended uses, activities, or functions at the time of vehicle purchase. P. 50 | |
| 376 | Figure 2. Percentage of respondents that indicated they intended to use their performance vehicle for a given activity. P. 51 | |
| 377 | JeffreyAlbers_34.pdf - GT350 VooDoo Engine Direction/ PRM PTAI Assumptions | Ford-Tershakovec 0018997 |
| 378 | EXHIBIT WITHDRAWN | |
| 379 | JeffreyAlbers_37.pdf - Corporate Engineering Test Procedure | Ford-Tershakovec 0040691 |
| 380 - 382 | EXHIBITS WITHDRAWN | |
| 383 | ALLEY Exhibit 1.PDF - Ford Shelby GT350 Forum Post - | |
| 384 | ALLEY Exhibit 2.PDF - Ford Shelby GT350 Forum Post - 09/21/16 | |

*TERSHAKOVEC, et al. v. FORD MOTOR COMPANY*
No. 1:17-cv-21087-FAM (S.D. Fla.)
**DEFENDANT'S FIFTH AMENDED TRIAL EXHIBIT LIST (March 8, 2024)**

| DOC ID | DESCRIPTION | BATES BEG / IDENTIFIER |
| --- | --- | --- |
| 385 | ALLEY Exhibit 3.PDF - Ford Shelby GT350 Forum Post - 10/12/16 | |
| 386 | ALLEY Exhibit 4.PDF - Ford Shelby GT350 Forum Thread - 12/17/18 | |
| 387 | ALLEY Exhibit 5.PDF - Ford Shelby GT350 Forum Post - 04/30/16 | |
| 388 | ALLEY Exhibit 6.PDF - Ford Shelby GT350 Forum Thread - 03/20/19 | |
| 389 | AUBREY Exhibit 2.pdf - Ford Shelby GT350 Forum Post - 02/16/16 | |
| 390 | AUBREY Exhibit 3.pdf - Ford Shelby GT350 Forum Thread - 02/28/16 | |
| 391 | AUBREY Exhibit 4.pdf - Email from AutoNation to Aubrey RE Coolers | PLAINTIFFS0002036 |
| 392 | EXHIBIT WITHDRAWN | |
| 393 | DavidBorn_51.pdf - 2016 S550 Program HP2 Track Package Proposal | Ford-Tershakovec 0060420 |
| 394 | DavidBorn_59.pdf - Shelby GT350 Track Tips | Ford-Tershakovec 0013338 |
| 395 | BrentClark_115.pdf - Ford Performance - Inside the GT350 Video | Ford-Tershakovec 0000007 |
| 396 | BrentClark_134.pdf - S550 HP2 Cooling - Status | Ford-Tershakovec 0023649 |
| 397 - 398 | EXHIBITS WITHDRAWN | |
| 399 | EVANS Exhibit 1.PDF | PLAINTIFFS0001 |
| 400 | Transcript of Dealer Video [Dkt. 25-6] | |
| 401 | GONDAN Exhibit 1.pdf - Photos of Vehicle | PLAINTIFFS0001036 |
| 402 | GONDAN Exhibit 2.pdf - Photos Under Hood of Vehicle | PLAINTIFFS0003338 |
| 403 | GONDAN Exhibit 3.pdf - Sales Receipt | PLAINTIFFS0002121 |
| 404 | GONDAN Exhibit 4.pdf - Maintenance Receipt | PLAINTIFFS0002124 |
| 405 | GONDAN Exhibit 5.pdf - Invoice Cooler Kit | PLAINTIFFS0002129 |
| 406 | GONDAN Exhibit 6.pdf - Chase Account Activity | PLAINTIFFS0002126 |
| 407 | GONDAN Exhibit 7.pdf - Fuel Pump Order Amazon | PLAINTIFFS0002122 |
| 408 | GONDAN Exhibit 8.pdf - Order Receipt Racing Pumps | PLAINTIFFS0002130 |
| 409 | GONDAN Exhibit 9.pdf - Packing Slip Order | PLAINTIFFS0002133 |
| 410 | GONDAN Exhibit 10.pdf - Motorsport Registration History | PLAINTIFFS0002137 |
| 411 | ByronHarper_2.pdf - Email RE Vehicles dated July 2015 | |
| 412 | ByronHarper_3.pdf - Email to Mechanic RE Modifications | |
| 413 | HOCHSPRUNG Exhibit 1.PDF - Sales Documents and Ford Materials | PLAINTIFFS000851 |
| 414 | HOCHSPRUNG Exhibit 2.PDF - 2016 Mustang Booklet | PLAINTIFFS0003118 |
| 415 | HOCHSPRUNG Exhibit 3.PDF - Mustang Supplement | PLAINTIFFS0003028 |
| 416 | HOCHSPRUNG Exhibit 4.PDF - Hero Card | PLAINTIFFS000725 |
| 417 | KAMPERMAN Exhibit 1.PDF - Drivers License | |
| 418 | KAMPERMAN Exhibit 2.PDF - Yahoo Mail - Early Tech Pack Opinions | |
| 419 | KAMPERMAN Exhibit 3.PDF - Yahoo Mail - Early Tech Pack Opinions | |
| 420 | KAMPERMAN Exhibit 4.PDF - Email RE Coolers dated December 20, 2015 | |
| 421 | KAMPERMAN Exhibit 5.PDF - Email dated March 27, 2019 | |
| 422 | KAMPERMAN Exhibit 6.PDF - Email RE Driving Vehicle dated March 27, 2019 | |
| 423 | KAMPERMAN Exhibit 7.PDF - Posts RE Vehicle Performance | |
| 424 | KAMPERMAN Exhibit 8.PDF - Posts RE Tech Pack | |
| 425 | KAMPERMAN Exhibit 9.PDF - Posts RE Oil Coolers | |
| 426 | KAMPERMAN Exhibit 10.PDF - Posts RE GT350 | |
| 427 | KAMPERMAN Exhibit 11.PDF - Posts RE GT350 | |
| 428 | KAMPERMAN Exhibit 12.PDF - Posts RE Extra Coolers | |
| 429 | KAMPERMAN Exhibit 13.PDF - Posts RE Track Sessions | |
| 430 | KAMPERMAN Exhibit 14.PDF - Posts RE Recaro Seats | |
| 431 | KAMPERMAN Exhibit 15.PDF - Posts RE MagneRide Suspension | |
| 432 | KAMPERMAN Exhibit 16.PDF - Posts RE Tech Pack and MangeRide | |
| 433 | KAMPERMAN Exhibit 17.PDF - Posts RE Lawsuit Advice | |
| 434 | KAMPERMAN Exhibit 18.PDF - Posts RE Litigation | |
| 435 | KAMPERMAN Exhibit 19.PDF - Posts RE Temperature | |
| 436 | KAMPERMAN Exhibit 20.PDF - Posts RE Lawsuit | |
| 437 | KAMPERMAN Exhibit 21.PDF - Posts RE Tech Packs | |
| 438 | KAMPERMAN Exhibit 22.PDF - Town East Ford Documents | |
| 439 | KAMPERMAN Exhibit 23.PDF - Photos of Vehicle | |
| 440 | KELLY, STEPHEN Exhibit 2.PDF - Posts from MustangG6.com | |
| 441 | KELLY, STEPHEN Exhibit 3.PDF - Vehicle Documents, Photos, Supplement | PLAINTIFFS00079 |
| 442 | KELLY, STEPHEN Exhibit 4.PDF - 2016 Shelby Mustang Booklet | Ford-Tershakovec 008 |
| 443 | KELLY, STEPHEN Exhibit 5.PDF - Hero Card | PLAINTIFFS000725 |

*TERSHAKOVEC, et al. v. FORD MOTOR COMPANY*
No. 1:17-cv-21087-FAM (S.D. Fla.)
**DEFENDANT'S FIFTH AMENDED TRIAL EXHIBIT LIST (March 8, 2024)**

| DOC ID | DESCRIPTION | BATES BEG / IDENTIFIER |
|---|---|---|
| 444 | KELLY, STEPHEN Exhibit 6.PDF - Text Messages with Mike Usher | |
| 445 | KOWALCHIK Exhibit 1.PDF - 2016 Shelby Mustang Booklet | |
| 446 | KOWALCHIK Exhibit 2.PDF - Shelby GT350 Mustang Supplement | PLAINTIFFS0001431 |
| 447 | KOWALCHIK Exhibit 4.PDF - Retail Contract | PLAINTIFFS0001463 |
| 448 | LARIOS, ERNESTO Exhibit 1.PDF - 2016 Shelby GT Mustang Booklet | Ford-Tershakovec 008 |
| 449 | LARIOS, ERNESTO Exhibit 3.PDF - Press Release - Raises the Bar | |
| 450 | LARIOS, ERNESTO Exhibit 6.PDF - 2016 Shelby GT Mustang Booklet | Ford-Tershakovec 008 |
| 451 | LARIOS, ERNESTO Exhibit 7.PDF - Vehicle Contract | PLAINTIFFS0003198 |
| 452 - 453 | EXHIBITS WITHDRAWN | |
| 454 | MarkLecrone_225.pdf - Hummingbird Fuel Economy Status and Workplan | Ford-Tershakovec 0026636 |
| 455 | MarkLecrone_228.pdf - Summary Report | Ford-Tershakovec 0029502 |
| 456 | EXHIBIT WITHDRAWN | |
| 457 | MarkLecrone_236.pdf - Hummingbird Performance 200W208 MPG/DDC | Ford-Tershakovec 0034110 |
| 458 | LINN Exhibit 1.PDF - 2016 Shelby Mustang Booklet | Ford-Tershakovec 008 |
| 459 | LINN Exhibit 3.PDF - Hero Card | Ford-Tershakovec 00725 |
| 460 | LINN Exhibit 4.PDF - GT350 Forum Posts | |
| 461 | LINN Exhibit 5.PDF - Vehicle Documents | PLAINTIFFS0001485 |
| 462 | LONG Exhibit 1.PDF - Email RE Sale Price | PLAINTIFFS0001858 |
| 463 | LONG Exhibit 2.PDF - Vehicle Order Confirmation | PLAINTIFFS0001850 |
| 464 | LONG Exhibit 3.PDF - Email RE Deposit | PLAINTIFFS000783 |
| 465 | LONG Exhibit 4.PDF - Email RE Order Status | PLAINTIFFS0001855 |
| 466 | LONG Exhibit 5.PDF - Email RE Update Order Status | PLAINTIFFS000793 |
| 467 | LONG Exhibit 6.PDF - Email RE Delivery Status | PLAINTIFFS000768 |
| 468 | LONG Exhibit 7.PDF - Vehicle Sale Document | PLAINTIFFS0001870 |
| 469 | LONG Exhibit 8.PDF - Ford Orientation Guide | PLAINTIFFS000841 |
| 470 | LONG Exhibit 9.PDF - Email RE Track Attack | PLAINTIFFS000765 |
| 471 | LONG Exhibit 10.PDF - Email RE Track Attack | PLAINTIFFS000772 |
| 472 | LONG Exhibit 11.PDF - Email RE Negotiations | PLAINTIFFS000818 |
| 473 | LONG Exhibit 12.PDF - Letter of Representation | PLAINTIFFS0001864 |
| 474 | LONG Exhibit 13.PDF - Youtube Post | PLAINTIFFS0002986 |
| 475 | LONG Exhibit 14.PDF - Press Release - First Drive: 2016 Ford Mustang Shelby GT350 | PLAINTIFFS0002974 |
| 476 | LONG Exhibit 15.PDF - Youtube Post | PLAINTIFFS0002971 |
| 477 | LONG Exhibit 16.PDF - Youtube Post | PLAINTIFFS0002968 |
| 478 | LONG Exhibit 17.PDF - Shelby GT350 Track Tips | PLAINTIFFS0001867 |
| 479 | LONG Exhibit 18.PDF - GT350 Road Course Alignment Recommendation | PLAINTIFFS0001866 |
| 480 | LONG Exhibit 19.PDF - Customer Service Documents | Ford-Tershakovec 001998 |
| 481 | LONG Exhibit 21.PDF - 2016 Shelby Mustang Booklet | Ford-Tershakovec 008 |
| 482 | NEWTON Exhibit 1.PDF - Email RE Vehicle Purchase | PLAINTIFFS000331 9 |
| 483 | JimOwens_210.pdf | Ford-Tershakovec 0055809 |
| 484 | JimOwens_211.pdf | Ford-Tershakovec 0055764 |
| 485 | PORTER Exhibit 1.PDF - Purcahse Documents and Photos of Vehicle | PLAINTIFFS00060 |
| 486 | PORTER Exhibit 2.PDF - Shleby GT350 Brochure | PLAINTIFFS0001942 |
| 487 | PORTER Exhibit 3.PDF - Hero Card | PLAINTIFFS000725 |
| 488 | PORTER Exhibit 4.PDF - Video Image | PLAINTIFFS000740.MOV |
| 489 | PORTER Exhibit 5.PDF - Dealer Video Image | PLAINTIFFS000741.MOV |
| 490 | PORTER Exhibit 6.PDF - Dealer Video Image | PLAINTIFFS000742.MOV |
| 491 | PORTER Exhibit 7.PDF - Dashboard Video Image | PLAINTIFFS0001175.mPLAINTIFFS0004 |
| 492 | PORTER Exhibit 8.PDF - Roadway Video Image | PLAINTIFFS0001169.MPLAINTIFFS0004 |
| 493 | JacquesRimokh_2.pdf - Retail Installment Contract/Blog Posts/Order Documents | PLAINTIFFS0002932 |
| 494 | JacquesRimokh_4.pdf - Shelby GT350 Mustang Supplement | Ford-Tershakovec 0000954 |
| 495 | JacquesRimokh_5.pdf - Raises the Bar Press Release | |
| 496 | JacquesRimokh_6.pdf - Ford Innovative Engineering | |
| 497 | JacquesRimokh_7.pdf - Shelby GT350 Article | PLAINTIFFS0001137 |
| 498 | ROBERTS Exhibit 1.PDF - 2016 Mustang Brochure | PLAINTIFFS0001942 |
| 499 | ROBERTS Exhibit 2.PDF - 2016 Mustang Brochure | PLAINTIFFS0003118 |
| 500 | ROBERTS Exhibit 3.PDF - Shelby GT30 Brochure | PLAINTIFFS000725 |

*TERSHAKOVEC, et al. v. FORD MOTOR COMPANY*
No. 1:17-cv-21087-FAM (S.D. Fla.)
**DEFENDANT'S FIFTH AMENDED TRIAL EXHIBIT LIST (March 8, 2024)**

| DOC ID | DESCRIPTION | BATES BEG / IDENTIFIER |
|---|---|---|
| 501 | ROBERTS Exhibit 4.PDF - Shelby GT350 Mustang Supplement Brochure | PLAINTIFFS0003028 |
| 502 | ROBERTS Exhibit 6.PDF - Shleby GT350 Window Sticker | PLAINTIFFS0002965 |
| 503 | ROBERTS Exhibit 7.PDF - Correspondence RE Owners Kit | PLAINTIFFS0002944 |
| 504 | ROBERTS Exhibit 8.PDF - Correspondence RE GT350 Owners Kit | PLAINTIFFS0002946 |
| 505 | ROBERTS Exhibit 9.PDF - Limited Edition Certification | PLAINTIFFS0002947 |
| 506 | ROBERTS Exhibit 10.PDF - Join Team Shelby | PLAINTIFFS0002948 |
| 507 | ROBERTS Exhibit 11.PDF - Ford Performance Racing School Brochure | PLAINTIFFS0002950 |
| 508 | ROBERTS Exhibit 13.PDF - Youtube Video by Speed Phenom | PLAINTIFFS0003344 |
| 509 | MarkSchaller_97.pdf - 2015 GT350 Immersion Book Presentation | Ford-Tershakovec 006815 |
| 510 | MarkSchaller_102.pdf - 2018 Delaers Catalog | |
| 511 | MarkSchaller_106.pdf - 2016 Shelby GT350 esourcebook | Ford-Tershakovec 0011945 |
| 512 | MarkSchaller_110.pdf - 2015 GT350 Track Tour Results | Ford-Tershakovec 0013224 |
| 513 | STOCKTON Exhibit 1.pdf | |
| 514 | STOCKTON Exhibit 2.pdf | |
| 515 | EricZinkosky_272.pdf - Ford News: SVT Tehcnical Specialists's Love for Race Cars | Ford-Tershakovec 0032724 |
| 516 | EXHIBIT WITHDRAWN | |
| 517 | EricZinkosky_279.pdf - SVTengineering Hummingbird Demo Car and Competitve Benchmarking | Ford-Tershakovec 0090109 |
| 518 - 519 | EXHIBITS WITHDRAWN | |
| 520 | GT350_modelsJim Thoughts | Ford-Tershakovec 00009809-A |
| 521 | GT350_models_davedc.pdf | Ford-Tershakovec 00009873-A |
| 522 | GT350_placemat_consumer.pdf | Ford-Tershakovec 00 0002486 |
| 523 | GT350_placemat_dealer.pdf | Ford-Tershakovec 000002487 |
| 524 | EXHIBIT WITHDRAWN | Ford-Tershakovec 00060833 |
| 525 | Ford Performance Shelby GT 350 Brochure | Ford-Tershakovec 000002475 |
| 526 | EXHIBIT WITHDRAWN | |
| 527 | 16.148_Shelby_GT350R_Track_Read_ECV_signed | Ford-Tershakovec 000051619 |
| 528 | George Tershakovec - Invoice and Ford Customer Service Documents | Ford-Tershakovec 000001623 and Ford-Tershakovec 000056263 |
| 529 | 1FA6P8JZ1G5521524 - Aubrey | Ford-Tershakovec 000001748 |
| 530 | Mark Hochsprung - Invoice and Ford Customer Documents | Ford - Tershakovec 0002031and Ford-Tershakovec 000056249 |
| 531 | Invoice and Standard Claims List - AWS Online Report | Ford-Tershakovec 000002430 and Ford-Tershakovec 000056258 |
| 532 | 2016 Shelby GT350 eSource Book | Ford-Tershakovec 000000063 |
| 533 | Press Release - GT350 Mustang Exceeds 100 Horsepower Per Liter | Ford-Tershakovec 000056364 |
| 534 | Press Release - A Closer Look at the Shelby GT350 Suspension | Ford-Tershakovec 000056366 |
| 535 | Press Release - Limited Run for 2015 Shelby GT350 | Ford-Tershakovec 000056372 |
| 536 | Press Release - Optimize Track Time | Ford-Tershakovec 000056376 |
| 537 | Press Release - The Legend Returns | Ford-Tershakovec 000056387 |
| 538 | Press Release - Most-Track Capable Production Mustang | Ford-Tershakovec 000056392 |
| 539 | DURIS Report.pdf | Ford-Tershakovec 00050221 |
| 540 | Corporate Engineering Test Procedure R-618: Race Track Performance | Ford-Tershakovec 000051584 |
| 541 | EXHIBITS WITHDRAWN | |
| 544 | GT350 Performance Matrix PDF | Ford-Tershakovec 0029433 |
| 545 | ECF Communication RE 2016 Product Knowledge Training Certification | Ford-Tershakovec 00013131 |
| 546 - 554 | EXHIBITS WITHDRAWN | |
| 555 | Illustration Drawings for Subject 2015/2016 GT350 | |
| 556 | Ford-Tershakovec 0001365-405 - 2016 Model Year New Vehicle Limited Warranty Guide | Ford-Tershakovec 001365-405 |
| 557 - 563 | EXHIBITS WITHDRAWN | |
| 564 | Exhibit 326 of Nauhaus Deposition: Survey Raw Data Files | |
| 565 | Nauhaus Deposition - Survey Data - Combined, Competitor, Enthusiasts | |
| 566 | Nauhaus Deposition - Survey Data Fileters - Competitor, Enthusiasts, GT350 | |
| 567 | Nauhaus Deposition - SurveyMonkey_271815523 and SurveyMonkey_271973017 | |
| 568 | EXHIBIT WITHDRAWN | |

*TERSHAKOVEC, et al. v. FORD MOTOR COMPANY*
No. 1:17-cv-21087-FAM (S.D. Fla.)
**DEFENDANT'S FIFTH AMENDED TRIAL EXHIBIT LIST (March 8, 2024)**

| DOC ID | DESCRIPTION | BATES BEG / IDENTIFIER |
|---|---|---|
| 569 | Online Forum Posts from gt350.org, Mustang 6G.com, SVTperformance.com, including posts from (1) BigPlanDan (05/16/16) (2) Bisonboy02 (11/23/17); (3) Cpove (04/17/19); (4) Darkane (12/14/17); (5) Deadheadsticker (11/23/15); (6) DH9387 (10/28/19); (7) Eric n (02/12/16); (8) Gamecock (08/27/18); (9) GT Dave (05/10/17); (10) Joekr (02/03/18): (11) Ludakirk (06/20/16); (12) M5944 (01/30/18); (13) Mustang_Scotty (01/03/17); (14) Notfast2012 (06/04/16); (15) Phoenix (03/07/19); (16) rambler358 (03/20/18); (17) rb92gt (01/01/17) and (02/11/18); (18) RyanSterling1966 (06/28/18); (19) Shelby5s243 (03/14/18); (20) ShlebyG1377 (02/15/17); (21) Shift (01/29/18); (22) smsgt350 (04/26/18); (23) Specialk451 (12/01/16); (24) TDC (11/07/19) and (11/27/16) | |
| 570 - 571 | EXHIBITS WITHDRAWN | |
| 572 | KAMPERMAN Purchase Order | PLAINTIFFS0001899 |
| 573 | MCRAE Purchase Order | PLAINTIFFS |
| 574 | Demonstrative Aids and Blowups of Testimony of Dr. Serge Gregory | |
| 575 | Demonstrative Aids and Blowups of Testimony of Dr. Benjamin Lester | |
| 576 | Demonstrative Aids and Blowups of Testimony of Dr. David Harless | |
| 577 | Hochsprung Check | PLAINTIFFS003438 |
| 578 | Advertising Binder | Multiple Bates Ranges |
| 579 | Raw Video Footages Serge Gregory (previously produced as part of his deposition on December 4, 2019) | |
| 580 | Video of Track Session with Overlay of Data | |
| 581 | Shelby GT350 Track Tips | Ford-Tershakovec0002488 |
| 582 | Dr. Lester Trial Slide - Graph - Performance Vehicle Activities | |
| 583 | Dr. Lester Trial Slide - Graph - Intended Uses - Competitor Vehicles | |
| 584 | Dr. Lester Trial Slide - Intended Uses - All Respondents | |
| 585 | Dr. Lester Trial Slide - Chart - Class Vehicle Purchasers | |
| 586 | Dr. Lester Trial Slide - Intended Uses - Performance Enthusiasts | |
| 587 | Dr. Lester Trial Slide - Intended Use - Open-Ended Response | |
| 588 | Dr. Werner Rebuttal Report Graphs - Page 21 | |
| 589 | Dr. Werner Rebuttal Report Graphs - Page 22 | |
| 590 | Dr. Werner Rebuttal Report Graphs - Page 23 | |
| 591 | Dr. Werner Rebuttal Report Graphs - Page 24 | |