UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-21087-FAM

GEORGE TERSHAKOVEC, *et al.*,
individually and on behalf of all others
similarly situated,

        Plaintiffs,

v.

FORD MOTOR COMPANY,

        Defendant.

**PLAINTIFFS' FIFTH AMENDED EXHIBIT LIST**

  Plaintiffs John Aubrey, Byron Harper, Richard Kowalchik, Mark Hoschsprung, Stephen Kelly, Jill Kelly, and Eric Evans ("Plaintiffs") hereby submit their Fifth Amended Trial Exhibit List, attached as **Exhibit A**. Plaintiffs reserve the right to use any exhibit identified on Ford's exhibit list, as well as any exhibit needed for the purposes of rebuttal or impeachment.

  Plaintiffs reserve the right to supplement or amend this list based on the Court's rulings before or at trial, after meeting and conferring with Defendant regarding this list, or for any another appropriate reason.

DATED: March 10, 2024      Respectfully submitted,

               GROSSMAN ROTH YAFFA COHEN

               By: */s/ Manuel A. Arteaga-Gomez*
                  Stuart Z. Grossman (Fla. Bar No. 156113)
               Manuel A. Arteaga-Gomez (Fla. Bar No. 18122)
               2525 Ponce de Leon Blvd., Suite 1150
               Coral Gables, FL 33134
               Telephone: (888) 296-1681
               Email: szg@grossmanroth.com
               Email: aag@grossmanroth.com

- 2 -

        Steve W. Berman (*pro hac vice*)
        Catherine Y.N. Gannon (*pro hac vice*)
        Shelby Smith (*pro hac vice*)
        HAGENS BERMAN SOBOL SHAPIRO LLP
        1301 Second Avenue, Suite 2000
        Seattle, WA 98101
        Telephone: (206) 623-7292
        Email: steve@hbsslaw.com
        Email: catherineg@hbsslaw.com
        Email: shelby@hbsslaw.com

        Christopher Pitoun (*pro hac vice*)
        HAGENS BERMAN SOBOL SHAPIRO LLP
        301 North Lake Avenue, Suite 920
        Pasadena, CA 91101
        Telephone: (213) 330-7150
        Email: christopherp@hbsslaw.com

        *Attorneys for Plaintiffs and the Proposed Classes*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 10, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        By: */s/ Manuel A. Arteaga-Gomez*
             Manuel A. Arteaga-Gomez
             Fla. Bar No. 18122

# EXHIBIT A

*TERSHAKOVEC, et al. v. FORD MOTOR COMPANY*

No. 1:17-cv-21087-FAM (S.D. Fla.)

## PLAINTIFFS' FIFTH AMENDED TRIAL EXHIBIT LIST

| Ex. No. | Date | Type | Description | Bates Begin or Other Identifer | Bates End |
|---|---|---|---|---|---|
| 1 | n/a | Document | Ford Advertising Binder | Multiple Bates Ranges | Multiple Bates Ranges |
| 2 | 2012-09-18 | Email | Email from Brock Jones to Dean Mengal re: GT350 regarding profit margin target and removing coolers | Ford-Tershakovec0089094 | Ford-Tershakovec0089095 |
| 3 | 2012-12-03 | Email | Email from Steven Ling to Alex Przebienda re: <PSC> Content Proposal regarding the importance of hitting performance figures "to justify the $17K premium over a GT" | Ford-Tershakovec0003083 | Ford-Tershakovec0003083 |
| 4 | 2012-10-01 | PowerPoint | PowerPoint slides re: the Role in Portfolio and Program Drivers for the Shelby Program | Ford-Tershakovec0003233 | Ford-Tershakovec0003241 |
| 5 | 2014-05-30 | PowerPoint | PowerPoint slides re: 2015MY Shelby GT-350 Mustang Vision Day Presentation which identifies Shelby Target Customer | Ford-Tershakovec0006518 | Ford-Tershakovec0006525 |
| 6 | 2014-08-19 | PowerPoint | PowerPoint slides re: 2015 GT350 Immersion August 19, 2014 | Ford-Tershakovec0006786 | Ford-Tershakovec0006791 |
| 7 | 2014-09-08 | PowerPoint | PowerPoint slides re: U.S. 2015 Shelby GT350 Marketing Strategy; "Developed for the hard core customer that values track performance over all other attributes" | Ford-Tershakovec0006973 | Ford-Tershakovec0006974 |
| 8 | 2017-01-05 | Spreadsheet | Spreadsheet re: 2015/2016 Shelby GT350 Marketing Positioning | Ford-Tershakovec0007289 | Ford-Tershakovec0007289 |
| 9 | 2014-11-13 | Email | Email from James Owens to Michele Bartlett re: GT350 - LA Auto Show Launch Event, 3 Key Messages | Ford-Tershakovec0007448 | Ford-Tershakovec0007449 |
| 10 | 2015-02-19 | Email | Email from James Owens to Brian Cotter, et al. re: Choosing Shelbys for a media/track event and discouraging base cars as "there is not track performance on the car to speak of" | Ford-Tershakovec0008347 | Ford-Tershakovec0008349 |
| 11 | 2015-04-22 | Email | Email from Eric Zinkosky to James Owens re: Daytona Road Course "cars have been failing high speed operation tests in the last 2 months" | Ford-Tershakovec0009133 | Ford-Tershakovec0009134 |
| 12 | 2015-05-07 | Email | Email from James Owens to Jamal Hameedi, et al. re: Shelby GT350 SAE report "the supplmental owners guide won't get in customer's hands till after the veihcle is delivered" | Ford-Tershakovec0009637 | Ford-Tershakovec0009639 |
| 13 | 2015-05-14 | Email and Attachment | Email from James Owens to Les Miller re: GT350, with attachment re: draft GT350 Hero Card "here are the changes to reflect the messaging you are looking for" "NOT APPROPRIATE FOR TRACK USE" | Ford-Tershakovec0009810 | Ford-Tershakovec0009812 |
| 14 | 2015-05-14 | Email and Attachment | Email from Ray McAllister to James Owens re: GT350, with attachment re: draft GT350 Hero Card "NOT FOR EXTENDED TRACK DAY USE" | Ford-Tershakovec0009813 | Ford-Tershakovec0009814 |

TERSHAKOVEC, et al. v. FORD MOTOR COMPANY

No. 1:17-cv-21087-FAM (S.D. Fla.)

**PLAINTIFFS' FIFTH AMENDED TRIAL EXHIBIT LIST**

| Ex. No. | Date | Type | Description | Bates Begin or Other Identifer | Bates End |
|---|---|---|---|---|---|
| 15 | 2015-05-15 | Email and Attachment | Email from James Owen to Lincoln Hill re: Can we update the PDF with comments in edit. Please feel free to be creative with the wording, with attachement re: Shelby GT350 hero card ; "NOT APPROPRIATE FOR TRACK USE - TRACKED CHANGES" | Ford-Tershakovec0009842 | Ford-Tershakovec0009843-A |
| 16 | 2015-10-26 | PowerPoint | PowerPoint slide re: 2015 GT350 Track Tour Snapshot Top-Line Mid-program Results | Ford-Tershakovec0013207 | Ford-Tershakovec0013207 |
| 17 | 2016-02-22 | Email | Email from James Owen to Steve McCord, et al. re: GT350 Information | Ford-Tershakovec0014523 | Ford-Tershakovec0014524 |
| 18 | 2016-04-11 | Letter | Letter from Mark Schaller (Ford Mustang Marketing Manager) to Shelby GT350 Owner "we know race track capabilities was one of the reasons you boght your Shelby - maybe the main reason" | Ford-Tershakovec0015421 | Ford-Tershakovec0015421 |
| 19 | 2010-10-12 | Email | Email from Eric Zinkosky to Phil Lenius, et al. re: SVT Track Durability Procedure and Standards "original intent at SVT" | Ford-Tershakovec0016447-A | Ford-Tershakovec0016449-A |
| 20 | 2013-05-01 | Document | Document re: Corporate Engineering Test Procedure R-618 re: Race Track Performance | Ford-Tershakovec0027257 | Ford-Tershakovec0027265 |
| 21 | 2014-11-13 | Email and Attachment | Email from James Owens to Michele Bartlett, et al. re: 2014 Los Angeles Auto Show Briefing Materials, with attached Los Angeles Auto Show Briefing Materials | Ford-Tershakovec0029921 | Ford-Tershakovec0029947 |
| 22 | 2014-12-19 | Email | Email from K. Mark Lecrone to Kerry Baldor, et al. re: Track Durability Test Results NOLA Day 3 | Ford-Tershakovec0031578 | Ford-Tershakovec0031580 |
| 23 | 2015-04-14 | Email | Email from Tim Smith to Jeff Grauer and Mark Lecrone et al. re: "we propose 5 x 20 minute sessions [for track test] to simulate a typical consumer track day" | Ford-Tershakovec0033985 | Ford-Tershakovec0033987 |
| 24 | 2015-05-19 | Email | Email from Gene Martindale to Brent Clark, et al. re: MPG High-Speed Test Results 5-19-2015 | Ford-Tershakovec0034839 | Ford-Tershakovec0034843 |
| 25 | 2015-05-29 | Email | Email from Kerry Baldori to K. Mark Lecrone, et al. re: GT350 Base/Tech aftermarket cooler package "good idea" | Ford-Tershakovec0035176 | Ford-Tershakovec0035176 |
| 26 | 2015-06-08 | Email | Email from Gene Martindale to Brent Clark, et al. re: Grattan Track Test Results 6-5-2015 | Ford-Tershakovec0035263 | Ford-Tershakovec0035265 |
| 27 | 2015-06-25 | Email | Email from Gene Martindale to Brent Clark, et al. re: Grattan Test Results 6-24-2015 where a Base Vehicle and Martindale "net[s] 6 or 7 laps before achieving limp mode [which is] only 10 minutes of on-track time […] won't meet customer's expectations" | Ford-Tershakovec0035822-A | Ford-Tershakovec003523-A |

*TERSHAKOVEC, et al. v. FORD MOTOR COMPANY*
No. 1:17-cv-21087-FAM (S.D. Fla.)
**PLAINTIFFS' FIFTH AMENDED TRIAL EXHIBIT LIST**

| Ex. No. | Date | Type | Description | Bates Begin or Other Identifer | Bates End |
|---|---|---|---|---|---|
| 28 | 2015-07-07 | Email | Email from Eric Zinkosky to James Owens and Taylor Hay re: choosing Cars for Grattan track event where Zinkosky notes base and tech cars "CAN NOT BE USED ON A TRACK" | Ford-Tershakovec0036095 | Ford-Tershakovec0036096 |
| 29 | 2015-10-23 | PowerPoint | PowerPoint slides re: Ford Mustang Track Capability & Target Setting | Ford-Tershakovec0038699 | Ford-Tershakovec0038714 |
| 30 | 2016-04-19 | Email | Email from David Born to Jesse Kershaw re: transmission cooler kit "perception that Ford let them down" (April 2016) | Ford-Tershakovec0040386 | Ford-Tershakovec0040386 |
| 31 | 2017-03-28 | Email | Email from David Born re PCR 46182 Diff Cooler Kit @ 1100 "with the impending lawsuit they expected us to release that kit" (March 2017) | Ford-Tershakovec0041125 | Ford-Tershakovec0041126 |
| 32 | 2016-02-29 | Document | Document titled 2015 Shelby GT350 - High Temperature Operation | Ford-Tershakovec0056061 | Ford-Tershakovec0056062 |
| 33 | 2014-07-10 | Email | Email from Kerry Baldori to Jamal Hameedi re: Hummingbird PEC / FEC regarding whether to delete the base car trim level | Ford-Tershakovec0074138 | Ford-Tershakovec0074138 |
| 34 | 2015-06-02 | Email and Attachment | Email from Bill Clarke to Adam Worth, et al. re: GT350 Track Testing Issues List, with attached spreadsheet re: GT350 Track Testing Issues List | Ford-Tershakovec0084489 | Ford-Tershakovec0084490-A |
| 35 | 2015-06-03 | Email | Email from James Owens to Kevin Mackenzie, et al. re: GT350 - Addendum Card and Supplement Changeswhere James Owens states that cooler disclsoure via a pahmplet is better than "a page in supplemental owners guide may never be opened" | Ford-Tershakovec0084498 | Ford-Tershakovec0084499 |
| 36 | 2015-06-18 | Email | Email from Gene Martindale to Brent Clark, et al. re: VIR Test Results 6-7-2015 | Ford-Tershakovec0085241 | Ford-Tershakovec0085243 |
| 37 | 2017-03-25 | Email | Email from David Pericak to Steven Pintar regarding the installation of coolers installed on 2017 Shelbys | Ford-Tershakovec0089319 | Ford-Tershakovec0089319 |
| 38 | 2015-05-19 | Email | Email from Raj Nair to David Pericak re: A virtual 1:1 where Pericak expresses "concern on how track durable the base 350 really is" | Ford-Tershakovec0096595-A | Ford-Tershakovec0096596-A |
| 39 | n/a | Letter | Letter from Plaintiff Stephen Kelly to Ford re: GT350 entering limp mode "its my 3rd mustang" | PLAINTIFFS0000728 | PLAINTIFFS0000729 |
| 40 | n/a | Letter | Letter to from Plaintiff John Aubrey to Ford and dealer re: Case # CAS-89-14286, including information regarding experience with GT350 | PLAINTIFFS0001032 | PLAINTIFFS0001033 |
| 41 | n/a | Letter | Letter from Ford to Plaintiff John Aubrey responding to letter | PLAINTIFFS0002031 | PLAINTIFFS0002031 |
| 42 | 2016-03-02 | Email | Email from Armando Davila to Plaintiff John Aubrey re: CAS-8935195-N7L4Q7 | PLAINTIFFS0002036 | PLAINTIFFS0002038 |

*TERSHAKOVEC, et al. v. Ford MOTOR COMPANY*

No. 1:17-cv-21087-FAM (S.D. Fla.)

**PLAINTIFFS' FIFTH AMENDED TRIAL EXHIBIT LIST**

| Ex. No. | Date | Type | Description | Bates Begin or Other Identifer | Bates End |
|---|---|---|---|---|---|
| 43 | 2018-04-16 | Email | Email from Thierry Van Dromme to Plaintiff Byron Harper re: GT350 Transmission Cooler | PLAINTIFFS0002041 | PLAINTIFFS0002045 |
| 44 | 2017-04-24 | Email | Email from Plaintiff Byron Harper to Isaac Ireland of Ford re: GT350 Owners Supplement - paperwork request | PLAINTIFFS0002060 | PLAINTIFFS0002063 |
| 45 | n/a | Document | Honka: Racetrack Schedules | Multiple Bates Ranges | Multiple Bates Ranges |
| 46 | n/a | Document | Dahm: Ford Document GPDS Gateways | n/a | n/a |
| 47 | n/a | Spreadsheet | Honka: Table 1 "Content Analysis Results" | n/a | n/a |
| 48 | n/a | Physical Object | Transmission Cooler | n/a | n/a |
| 49 | n/a | Physical Object | Differential Cooler | n/a | n/a |
| 50 | n/a | n/a | This exhibit number is not used. | n/a | n/a |
| 51 | 2018-08-31 | Pleading | Ford Motor Company's Answer to Plaintiff's Second Amended Class Action Complaint, Jury Demand and Affirmative Defenses (D.E. 74) | n/a | n/a |
| 52 | n/a | Spreadsheet | Stockton Table: 2022 Summary of Repair Cost | n/a | n/a |
| 53 | n/a | n/a | This exhibit number is not used. | n/a | n/a |
| 54 | 2016-05-16 | Email | Email from Jeff Grauer to David Born re: Orange GT350 w/ coolers "pitchforks" | Ford-Tershakovec0040541 | Ford-Tershakovec0040541 |
| 55 | 2011-05-12 | Email | Email from Brent Clark to Jim Varga, et al. re: Race Track Performance Requirement "historical inability to make products advertised as track capable." | Ford-Tershakovec0016650 | Ford-Tershakovec0016650 |
| 56 | 2012-03-26 | Email | Email from Kerry Baldori to Eric Zinkosky re: GT350 Assumptions Showing Coolers in Standard Equipment | Ford-Tershakovec0089662 | Ford-Tershakovec0089663 |
| 57 | 2012-09-10 | Email | Email from Eric Zinkosky to Gene Martindale, et al. re: This Week "BUSINESS CASE NOT THERE YET POOR MARGINS" | Ford-Tershakovec0089918 | Ford-Tershakovec0089918 |
| 58 | 2014-04-11 | Email | Email from Eric Zinkosky to Larry Holt, et al. re: noting that "Track Testing a Base vehicel presents unique issues" | Ford-Tershakovec0092205 | Ford-Tershakovec0092206 |
| 59 | 2015-06-25 | Email | Email from Eric Zinkosky to Greg Johnson re: VIR where Zinkosky notes Base Car "needs trans vent update" | Ford-Tershakovec0035819 | Ford-Tershakovec0035819 |
| 60 | 2016-04-26 | Document | Document re: April 26, 2016 dealer bulletin disclosing limp mode in 2015-2016 Mustang GT350 - Extended High Speed Or Track Usage - Diagnostic Trouble Codes (DTCs) P0218 and P1783 | Ford-Tershakovec0000133 | Ford-Tershakovec0000133 |

*TERSHAKOVEC, et al. v. FORD MOTOR COMPANY*
No. 1:17-cv-21087-FAM (S.D. Fla.)
**PLAINTIFFS' FIFTH AMENDED TRIAL EXHIBIT LIST**

| Ex. No. | Date | Type | Description | Bates Begin or Other Identifer | Bates End |
|---|---|---|---|---|---|
| 61 | 2012-03-29 | Email and Attachment | Email from Melanie Banker to James Owen and Steve Denvy re: also need a better 'target customer' for GT350 with attachment titled Volume Sensitivity and comparaisons with Boss 302 | Ford-Tershakovec0002493 | Ford-Tershakovec0002494 |
| 62 | n/a | n/a | This exhibit number is not used. | n/a | n/a |
| 63 | 2012-04-18 | Email and Attachment | Email from Adnan Khan to Mark Carpenter, et al. re: GT350 Content Proposal.pptx, with attached PowerPoint slide re: 16MY GT350 Preliminary Content "showing car was originally equipped with coolers" | Ford-Tershakovec0089703 | Ford-Tershakovec0089704 |
| 64 | 2015-05-11 | Calendar Invite | Calendar invite re: Shelby GT350 Price Strategy/Track Tour | Ford-Tershakovec0083238 | Ford-Tershakovec0083238 |
| 65 | 2015-10-21 | Email | Email from David Born to Bruce Smith re: GT350 Coolers "cant dodge parts any longer" | Ford-Tershakovec0038658 | Ford-Tershakovec0038658 |
| 66 | 2012-11-30 | Email and Attachment | Email from Brock Jones to Steven Ling and others re: GT350 Contribution [Profit] Margin Roadmap, with attached spreadsheet re: 2015MY S550 GT350 Contribution Margin ROADMAP | Ford-Tershakovec0002939-A | Ford-Tershakovec0002940-A |
| 67 | 2014-11-10 | Email | Email from Jeffrey Albers to K. Mark Lecrone, et al. re: Powertrain Information for Hummingbird Evidence Book | Ford-Tershakovec0029573 | Ford-Tershakovec0029574 |
| 68 | 2016-04-06 | Email | Email from Mark Schaller to James Owens re: GT350 Tranny Overheating | Ford-Tershakovec0014983 | Ford-Tershakovec0014984 |
| 69 | 2015-05-13 | Email | Email from Les Miller to James Owens, et al. re: GT350 draft hero card "NOT APPROPRIATE FOR TRACK USE" as language Ownes requested b/w | Ford-Tershakovec0009798 | Ford-Tershakovec0009799 |
| 70 | 2015-05-09 | Email and Attachment | Email from Kerry Baldori to David Pericak and Jamal Hameedi re: Grattan Issues List with attached spreadsheet re: GT350 Vehicle Issues List for Grattan Track Testing - May 7, 2015 | Ford-Tershakovec0083214 | Ford-Tershakovec0083215 |
| 71 | 2015-05-18 | Email and Attachment | Email from James Owens to Steven Ling and Mark Schaller re: GT350, with attached GT350 advertising graphic "BOULEVARD CRUISER LIMITED TRACK DUTY" | Ford-Tershakovec0009849 | Ford-Tershakovec0009850 |
| 72 | n/a | Document | Ford Glovebox Documents Binder | Multiple Bates Ranges | Multiple Bates Ranges |
| 73 | n/a | Transcript | Transcript of video titled GT350 Levels Dealer Video | n/a | |
| 74 | 2015-10-14 | Dealer Communication | Electronic Field Communications, EFC Number: EFC04216 "Sales consultatns and managers are required ot take GT350 course" | Ford-Tershakovec0013131 | Ford-Tershakovec0013132 |

TERSHAKOVEC, et al. v. Ford MOTOR COMPANY
No. 1:17-cv-21087-FAM (S.D. Fla.)
## PLAINTIFFS' FIFTH AMENDED TRIAL EXHIBIT LIST

| Ex. No. | Date | Type | Description | Bates Begin or Other Identifer | Bates End |
|---|---|---|---|---|---|
| 75 | 2019-06-12 | Document | Document re: 2016 Mustang and Shelby GT350 eLearning Course | Ford-Tershakovec0099843 | Ford-Tershakovec0099954 |
| 76 | n/a | Photo | Photo of vehicle purchased by Plaintiff Richard Kowalchik | PLAINTIFFS0003424 | PLAINTIFFS0003424 |
| 77 | n/a | Photo | Photo of vehicle purchased by Plaintiff Greg Roberts | PLAINTIFFS0003428 | PLAINTIFFS0003428 |
| 78 | n/a | Document | Odometer Disclosure/Title Extension Statement Release of Interest for Plaintiff Eric Evans | PLAINTIFFS0003429 | PLAINTIFFS0003430 |
| 79 | 2016-03-02 | Document | AutoNation service invoice for Plaintiff John Aubrey | PLAINTIFFS0002030 | PLAINTIFFS0002030 |
| 80 | 2015-12-15 | Document | Gilbert Ford Invoice for Plaintiff John Aubrey | PLAINTIFFS0002034 | PLAINTIFFS0002034 |
| 81 | 2016-03-29 | Document | Buyer's Offer to Plaintiff Byron Harper | PLAINTIFFS0002064 | PLAINTIFFS0002069 |
| 82 | 2015-09-05 | Document | Vehicle Order Confirmation for Plaintiff Richard Kowalchik | PLAINTIFFS0001453 | PLAINTIFFS0001453 |
| 83 | 2016-01-28 | Document | Purchase documents for Plaintiff Richard Kowalchik | PLAINTIFFS0001460 | PLAINTIFFS0001468 |
| 84 | n/a | Photo | Photo of vehicle purchased by Plaintiff Mark Hochsprung | PLAINTIFFS0000981 | PLAINTIFFS0000981 |
| 85 | n/a | Photo | Photo of vehicle purchased by Plaintiff Mark Hochsprung | PLAINTIFFS0000999 | PLAINTIFFS0000999 |
| 86 | n/a | n/a | This exhibit number is not used. | n/a | n/a |
| 87 | 2015-10-26 | Document | Purchase document for Plaintiff Mark Hochsprung | PLAINTIFFS0002011 | PLAINTIFFS0002011 |
| 88 | 2016-01-30 | Document | Retail Buyers Order for Plaintiff Mark Hochsprung | PLAINTIFFS0002012 | PLAINTIFFS0002013 |
| 89 | 2016-09-21 | Document | Purchase document for Plaintiff Greg Roberts | PLAINTIFFS0002960 | PLAINTIFFS0002964 |
| 90 | n/a | Photo | Photo of vehicle purchased by Plaintiffs Stephen and Jill Kelly | PLAINTIFFS0000108 | PLAINTIFFS0000108 |
| 91 | n/a | Photo | Track photos of vehicle purchased by Plaintiffs Stephen and Jill Kelly | PLAINTIFFS0000157 | PLAINTIFFS0000159 |
| 92 | 2016-01-23 | Document | Purchase document for Plaintiffs Stephen and Jill Kelly | PLAINTIFFS0001722 | PLAINTIFFS0001722 |
| 93 | 2016-03-31 | Document | Invoice to Plaintiffs Stephen and Jill Kelly | PLAINTIFFS0001723 | PLAINTIFFS0001723 |
| 94 | n/a | Photo | Photo of vehicle purchased by Plaintiff Eric Evans | PLAINTIFFS0000035 | PLAINTIFFS0000035 |
| 95 | 2015-06-25 | Document | Vehicle Order Confirmation for Plaintiff Eric Evans | PLAINTIFFS0001176 | PLAINTIFFS0001176 |
| 96 | 2016-06-26 | Document | Vehicle Parts Order confirmation for Plaintiff Eric Evans | PLAINTIFFS0001188 | PLAINTIFFS0001189 |
| 97 | 2016-03-21 | Document | Vehicle Parts Order confirmation for Plaintiff Eric Evans | PLAINTIFFS0001376 | PLAINTIFFS0001376 |
| 98 | 2016-02-04 | Document | Vehicle Buyers Order for Plaintiff Eric Evans | PLAINTIFFS0001618 | PLAINTIFFS0001624 |
| 99 | n/a | Document | Dr. Werner J.A. Dahm: GT350 Track Session | PLAINTIFFS0003445 | PLAINTIFFS0003445 |
| 100 | n/a | Document | Dr. Werner J.A. Dahm: Impact of Transmission Oil Temp | PLAINTIFFS0003446 | PLAINTIFFS0003446 |
| 101 | n/a | Document | Dr. Werner J.A. Dahm: Transmission Cooler Kit | PLAINTIFFS0003447 | PLAINTIFFS0003447 |
| 102 | n/a | Document | Dr. Werner J.A. Dahm: Transmission Cooler Pump | PLAINTIFFS0003448 | PLAINTIFFS0003448 |
| 103 | n/a | Document | Excerpt of January 2020 Report of of Dr. Werner J.A. Dahm: Table 1 at page 12 | n/a | n/a |
| 104 | n/a | Document | Excerpt of January 2020 Report of of Dr. Werner J.A. Dahm: Table 2 at page 13 | n/a | n/a |

*TERSHAKOVEC, et al. v. FORD MOTOR COMPANY*
No. 1:17-cv-21087-FAM (S.D. Fla.)
## PLAINTIFFS' FIFTH AMENDED TRIAL EXHIBIT LIST

| Ex. No. | Date | Type | Description | Bates Begin or Other Identifer | Bates End |
|---|---|---|---|---|---|
| 105 | n/a | Document | Dr. Werner J.A. Dahm demonstrative exhibit | PLAINTIFFS0003449 | PLAINTIFFS0003456 |
| 106 | 2019-07-22 | Declaration | Declaration of Plaintiff Byron Harper | n/a | n/a |
| 107 | 2019-07-19 | Declaration | Declaration of Plaintiff Eric Evans | n/a | n/a |
| 108 | 2019-07-29 | Declaration | Declaration of Plaintiff Greg Roberts | n/a | n/a |
| 109 | 2019-07-23 | Declaration | Declaration of Plaintiff John Aubrey | n/a | n/a |
| 110 | 2019-07-18 | Declaration | Declaration of Plaintiff Mark Hochsprung | n/a | n/a |
| 111 | 2019-07-22 | Declaration | Declaration of Plaintiff Richard Kowalchik | n/a | n/a |
| 112 | 2019-07-29 | Declaration | Declaration of Plaintiff Stephen Kelly | n/a | n/a |
| 113 | 2015-06-02 | Document | Document titled: Draft GT350 Suspension and Handling Media Forum Questions and Answers May 5, 2015 | Ford-Tershakovec 0054518 (Excerpts) | Ford-Tershakovec 0054526 (Excerpts) |
| 114 | 2015-06-02 | Document | Document titled: Final GT350 Engine Media Forum Questions and Answers June 2, 2015 | Ford-Tershakovec 0054692 | Ford-Tershakovec 0054701 |
| 115 | n/a | Document | Biographical Summary and Curriculum Vitae of Dr. Werner J.A. Dahm | n/a | n/a |
| 116 | 2015-07-28 | Document | Document titled: Ford Rev.5 GT350 Performance Media Forum Questions and Answers July 28, 2015 | Ford-Tershakovec 0011590 (Excerpts) | Ford-Tershakovec 0011598 (Excerpts) |
| 117 | 2015-08-25 | Document | Document titled: Ford GT350 Media Drive Questions and Answers August 25-27, 2015 | Ford-Tershakovec 0012301 (Excerpts) | Ford-Tershakovec 0012312 (Excerpts) |
| 118 | n/a | Document | Fraud Timeline exhibit presented at Class Certification hearing | n/a | n/a |
| 119 | n/a | Document | Draft HERO Card | Ford-Tershakovec0009799 | Ford-Tershakovec0009799 |
| 120 | n/a | Document | Draft HERO Card | Ford-Tershakovec0009850 | Ford-Tershakovec0009850 |
| 121 | 2015-09-11 | PowerPoint | PowerPoint slides re: 2017 MY GT350 Content and Business Case | Ford-Tershakovec0013583 | Ford-Tershakovec0013596 |
| 122 | 2018-12-10 | Spreadsheet | Spreadsheet re: GT350 Track Testing Issues List | Ford-Tershakovec0041258 | Ford-Tershakovec0041258 |
| 123 | 2014-12-10 | Video | Video re: Ghost of Shelby | Ford-Tershakovec0000004 | n/a |
| 124 | 2015-04-15 | Video | Video posted to Ford Performance Facebook page on April 15, 2015 re: Track Tested and Gearhead Approved | n/a | n/a |
| 125 | 2014-12-06 | Video | "Performance" Video regarding GT350 | Ford-Tershakovec0000002 | Ford-Tershakovec0000002 |
| 126 | 2014-12-06 | Video | "Legendary" Video Regarding GT350 | Ford-Tershakovec0000003 | Ford-Tershakovec0000003 |
| 127 | 2015-02-16 | Video | "Unique Power Unique Sound" Video Regarding GT350 | Ford-Tershakovec0000005 | Ford-Tershakovec0000005 |
| 128 | n/a | Video | Video by Ford Performance featuring Dave Pericak, entitled "2016 Racing Season Begins with Win in Daytona" | n/a | n/a |
| 129 | n/a | n/a | This exhibit number is not used. | n/a | n/a |
| 130 | 2012-05-09 | Press Release | Press Release titled Eric Zinkosky: SVT Technical Specialist's Love for Race Cars Drives His Passion for His Job | Ford-Tershakovec0032724 | Ford-Tershakovec0032725 |

*TERSHAKOVEC, et al. v. FORD MOTOR COMPANY*
No. 1:17-cv-21087-FAM (S.D. Fla.)
**PLAINTIFFS' FIFTH AMENDED TRIAL EXHIBIT LIST**

| Ex. No. | Date | Type | Description | Bates Begin or Other Identifer | Bates End |
|---|---|---|---|---|---|
| 131 | 2015-09-30 | Document | Document titled: Ford GT350 Track Tour at Lime Rock September 30, 2015 Media Questions and Answers | Ford-Tershakovec 0012783 (Excerpts) | Ford-Tershakovec 0012790 (Excerpts) |
| 132 | 2015-01-30 | Document | Document titled 2016 Hummingbird Requirement Report Base & Track Package | Ford-Tershakovec0095322 | Ford-Tershakovec0095326 |
| 133 | 2015-11-03 | Document | Document titled: SEMA Nov. 3, 2015 Briefing Materials and Media Questions and Answers | Ford-Tershakovec 0013265 (Excerpts) | Ford-Tershakovec 0013283 (Excerpts) |
| 134 | n/a | Photo | Photo of vehicle purchased by Plaintiff Byron Harper | PLAINTIFFS0003432 | PLAINTIFFS0003432 |
| 135 | n/a | Photo | Photo of vehicle components provided by Plaintiff Byron Harper | PLAINTIFFS0003435 | PLAINTIFFS0003435 |
| 136 | 2012-08-22 | Document | Document re: Lightning Cooling ESOW - version 1 | Ford-Tershakovec0018700 | Ford-Tershakovec0018706 |
| 137 | 2014-10-13 | Email | Email from George Pritchett to Kerry Baldori re: RFQ for Engineering services to certify 16MY Shelby where Baldori discourages taking Base Car to Europe "especially Germany" | Ford-Tershakovec0028638 | Ford-Tershakovec0028639 |
| 138 | 2015-06-20 | Document | Calendar invite re: GT350 Track Results -- Saturday Progress | Ford-Tershakovec0085395 | Ford-Tershakovec0085395 |
| 139 | n/a | Video | Video about Shift Light | CAMPBELL0001507 | |
| 140 | 2014-07-02 | Document | Document titled GT350 Owner Experience by Ford Racing School | Ford-Tershakovec0006591 | Ford-Tershakovec0006594 |
| 141 | 2015-10-28 | PowerPoint | PowerPoint slides re: 2015 GT350 Track Tour - Results | Ford-Tershakovec0013224 | Ford-Tershakovec0013236 |
| 142 | 2014-11-13 | Document | Document titled: 2014 LA Auto Show Briefing Materials | Ford-Tershakovec 0054066 (Excerpts) | Ford-Tershakovec 0054081 (Excerpts) |
| 143 | 2015-07-28 | Document | Document titled: Ford Shelby GT350 Media Forum 3: Technology and Track Performance Tuesday, July 28 at Grattan Raceway Questions and Answers | Ford-Tershakovec 0011243 | Ford-Tershakovec 0011244 |
| 144 | n/a | Document | Survey Responses from Performance Enthusiasts (Nauhaus Dep. Ex. 332) | n/a | n/a |
| 145 | n/a | n/a | This exhibit number is not used. | n/a | n/a |
| 146 | n/a | n/a | This exhibit number is not used. | n/a | n/a |
| 147 | n/a | Document | Letterfrom David Pericak and Henry Ford III to Shelby GT350 Owner | PLAINTIFFS0002946 | PLAINTIFFS0002946 |
| 148 | n/a | Video | Video of GT350 and GT350R Racing Each Other on Track | CAMPBELL0000759 | CAMPBELL0000759 |
| 149 | n/a | Document | Document titled 2015 Ford Performance Enthusiasts Tour Snapshot | CAMPBELL0004230 | CAMPBELL0004230 |
| 150 | 2019-04-30 | Spreadsheet | Spreadsheet of Facebook postings by Ford Performance | CAMPBELL0000462 | CAMPBELL0000462 |
| 151 | 2019-04-29 | Spreadsheet | Spreadsheet of Campbell Marketing dates of videos | CAMPBELL0000756 | CAMPBELL0000756 |
| 152 | 2015-07-17 | Document | Document titled GT350 Media Event Planning July 17 Meeting Notes & Action Items | Ford-Tershakovec0054894 | Ford-Tershakovec0054895 |
| 153 | 2011-06-10 | Document | Document titled Corporate Engineering Test Procedure; Race Trck Performance Procedure | Ford-Tershakovec0016710 | Ford-Tershakovec0016717 |

TERSHAKOVEC, et al. v. FORD MOTOR COMPANY
No. 1:17-cv-21087-FAM (S.D. Fla.)
**PLAINTIFFS' FIFTH AMENDED TRIAL EXHIBIT LIST**

| Ex. No. | Date | Type | Description | Bates Begin or Other Identifer | Bates End |
|---|---|---|---|---|---|
| 154 | 2014-11-09 | Spreadsheet | Spreadsheet titled 2015 Hummingbird Cooling Summary | Ford-Tershakovec0029501 | Ford-Tershakovec0029501 |
| 155 | 2015-07-07 | Email | Email from Monique Brentley to Taylor Hay et al. re: Cars for Grattan | Ford-Tershakovec0036110 | Ford-Tershakovec0036112 |
| 156 | 2015-05-19 | Email | Email from David Pericak to Raj Nair re: A virtual 1:1 | Ford-Tershakovec0096593 | Ford-Tershakovec0096594 |
| 157 | 2015-05-21 | Email | Email from David Born to Alex Przebienda et al. re: Trans cooler "as of May 2015 still nothing" | Ford-Tershakovec0035032 | Ford-Tershakovec0035033 |
| 158 | 2015-10-21 | Email | Email from Doug White to Mark Schaller re: Transmission and Diff coolers "not far along (as of Oct 15 2014)" | Ford-Tershakovec0013187 | Ford-Tershakovec0013187 |
| 159 | 2016-02-22 | Email | Email from Doug White to Mark Schaller re: Cooler kit from FP Catalog? "Diffs are easy, Trans is hard" (Feb 2016) | Ford-Tershakovec0014526 | Ford-Tershakovec0014527 |
| 160 | 2014-12-01 | PowerPoint | PowerPoint slides re: Ford Performance DNA | Ford-Tershakovec0056680 | Ford-Tershakovec0056816 |
| 161 | 2015-06-10 | Email | Email from Kevin Mackenzie to Jeff Grauer re: 2016MY Shelby GT350 Source Book Validation - due 6/8 | Ford-Tershakovec0035497 | Ford-Tershakovec0035499 |
| 162 | 2016-02-23 | Email | Email from Jeff Grauer to Kevin MacKenzie re: Coolers for track use where he shares concerns about Ford Performance "dragging their feet" on parts | Ford-Tershakovec0039766 | Ford-Tershakovec0039767 |
| 163 | n/a | Photos | Photos from Plaintiff John Aubrey | PLAINTIFFS0003439 | PLAINTIFFS0003444 |
| 164 | n/a | Photo | Photo of vehicle purchased by Plaintiff Richard Kowalchik | PLAINTIFFS0003437 | PLAINTIFFS0003437 |
| 165 | n/a | Document | Honka Demonstrative 1 | n/a | n/a |
| 166 | n/a | Document | Honka Demonstrative 2 | n/a | n/a |
| 167 | 2015-07-17 | Email and Attachment | Email from Kevin Mackenzie to Mark Schaller re: 17MY Proposed Changes with attached PowerPoint slides re: 17MY Proposed Changes | Ford-Tershakovec0011492 | Ford-Tershakovec0011493 |
| 168 | 2015-05-14 | Document | Hero Card | Ford-Tershakovec0009826-A | Ford-Tershakovec0009826-A |
| 169 | n/a | Document | Final Colored Trim Levels Brochure (Hero Card) | Ford-Tershakovec0002485 | Ford-Tershakovec0002485 |
| 170 | 2016-02-01 | Email | Email from Steve McCord to James Owens re: Shelby GT350 "you can take a Mustang GT Perf Pack all day long and not have the car go into limp mode" | Ford-Tershakovec0014179 | Ford-Tershakovec0014180 |
| 171 | 2019-06-27 | Document | Affidavit of Records Custodian Certifiying Records - Campbell Marketing and Communications | n/a | n/a |
| 172 | 2019-06-27 | Document | Affidavit of Records Custodian Certifying Records - Roush Industries Inc. | n/a | n/a |
| 173 | n/a | Document | Honka Demonstrative 3 | n/a | n/a |
| 174 | n/a | n/a | CV of expert Elisabeth Honka | n/a | n/a |
| 175 | 2016-04-18 | Email | Email from David Born to Bruce Smith re: Cooler Data stating that they will have to "pick up the pace" on parts | Ford-Tershakovec0040380 | Ford-Tershakovec0040381 |

*TERSHAKOVEC, et al. v. FORD MOTOR COMPANY*
No. 1:17-cv-21087-FAM (S.D. Fla.)
**PLAINTIFFS' FIFTH AMENDED TRIAL EXHIBIT LIST**

| Ex. No. | Date | Type | Description | Bates Begin or Other Identifer | Bates End |
|---|---|---|---|---|---|
| 176 | 2016-01-27 | Email | Email from Michael Robins to David Born re: GT350 Coolers | Ford-Tershakovec0039559 | Ford-Tershakovec0039560 |
| 177 | 2014-11-17 | Video | GT350 Launch Event from Carroll Shelby's garage Teaser Video Seen by Plaintiff Evans - https://www.youtube.com/watch?v=tBaht5rUIb0&lc=Ugjhv9bgMHb5n3gCoAEC | n/a | n/a |
| 178 | n/a | n/a | Documents produced by Plaintiff Richard Kowalchik regarding communications from Ford, INLCUDING TRACK TOUR INFO AND HENRY FORD LETTER | PLAINTIFFS0001439 (Excerpts) | PLAINTIFFS0001484 (Excerpts) |
| 179 | n/a | n/a | This exhibit number is not used. | n/a | n/a |
| 180 | n/a | n/a | This exhibit number is not used. | n/a | n/a |
| 181 | 2016-10-07 | Email | Email from Bruce Smith to David Born re: M-7000-M8S MUSTANG GT350 TRANSMISSION WITH PUMP on hold "he Shelby solution is better, the expectation now is that Ford will have some kind of solution" | Ford-Tershakovec0040852 | Ford-Tershakovec0040854 |
| 182 | 2015-04-29 | PowerPoint | PowerPoint slides re: US Marketing & Sales Controller's Office 2015/2016 MY Price Strategy Financial Slides [Excerpts] | Ford-Tershakovec0009619 [Excerpts of Ford-Tershakovec0009617] | Ford-Tershakovec0009624 |
| 183 | 2019-04-25 | Document | Ford Motor Company's Answers and Objections to Plaintiffs' First Set of Interrogatories | n/a | n/a |