UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 17-21087-CIV-MORENO

JOHN AUBREY, RICHARD KOWALCHIK,
individually and on behalf of all others similarly
situated in Florida,

        Plaintiffs,

vs.

FORD MOTOR COMPANY,

        Defendant.
_____/

## VERDICT FORM I: FLORIDA

We the jury, return the following verdict in this matter:

1) Did Ford engage in a deceptive or unfair act or practice in the conduct of trade or commerce that caused Florida Plaintiffs to lose money?

    Yes ☐     or     No ☑

If no, your verdict is for Defendant Ford.  Please sign and date the verdict form.

If you answered yes, please answer the next question.

2) Have Florida Plaintiffs proved the amount of money lost as a result of Ford's conduct?

    Yes ☐     or     No ☐

If yes, what amount per vehicle? $ _____

Please sign and date this verdict form.

So say we all this **20th** day of **March**, 2024.

_____

JURY FOREPERSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 17-21087-CIV-MORENO

MARK HOCHSPRUNG, individually and on
behalf of all others similarly situated in
Missouri,

        Plaintiffs,

vs.

FORD MOTOR COMPANY,

        Defendant.
_____/

### VERDICT FORM II: MISSOURI

1) Did Ford engage in an unfair act or practice in the conduct of trade or commerce that caused the Missouri Plaintiffs to lose money?

    Yes ☐    or    No ☑

If no, your verdict is for Defendant Ford. Please sign and date this verdict form.

If you answered yes, please answer the next question.

2) Have Missouri Plaintiffs proved the amount of money lost as a result of Ford's conduct?

    Yes ☐    or    No ☐

If yes, what amount per vehicle? $ _____

Please sign and date this verdict form.

So say we all this 20th day of March, 2024.

_____

_____
JURY FOREPERSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 17-21087-CIV-MORENO

GREG ROBERTS,

    Plaintiff,

vs.

FORD MOTOR COMPANY,

    Defendant.

_____/

## VERDICT FORM II "A"

### MISSOURI INDIVIDUAL PLAINTIFF GREG ROBERTS

1) Did Ford engage in an unfair act or practice in the conduct of trade or commerce that caused him to lose money?

    Yes ☐    or    No ☑

If no, your verdict is for Defendant Ford. Please sign and date the verdict form.

If yes, answer the next question.

2) Has Plaintiff Greg Roberts proved the amount of money lost as a result of Ford's conduct?

    Yes ☐    or    No ☐

If yes, what is the amount per vehicle? $ _____

Please sign and date this verdict form.

So say we all this **20th** day of **March**, 2024.

_____

JURY FOREPERSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 17-21087-CIV-MORENO

STEPHEN KELLY, BYRON HARPER,
individually and on behalf of all others similarly
situated in New York,

        Plaintiffs,

vs.

FORD MOTOR COMPANY,

        Defendant.
_____/

## VERDICT FORM III: NEW YORK

1) Did Ford engage in an unfair act or practice in the conduct of trade or commerce that caused New York Plaintiffs to lose money?

    Yes ☐    or    No ☑

If no, your verdict is for Defendant Ford, please sign and date this verdict form.
If yes, answer the next question.

2) Have New York Plaintiffs proved the amount lost as a result of Ford's conduct?

    Yes ☐    or    No ☐

If yes what amount per vehicle? $ _____

Please sign and date this verdict form.
So say we all this **20th** day of **March**, 2024.

_____

JURY FOREPERSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 17-21087-CIV-MORENO

ERIC EVANS, individually and on behalf of all
others similarly situated in Washington,

      Plaintiffs,

vs.

FORD MOTOR COMPANY,

      Defendant.
_____/

## VERDICT FORM IV: WASHINGTON

1) Did Ford engage in an unfair act or practice in the conduct of trade or commerce that caused Washington Plaintiffs to lose money?

    Yes ☐     or     No ☑

If no, your verdict is for Defendant Ford. Please sign and date this verdict form.

If yes, answer the next question.

2) Have Washington Plaintiffs proved the amount of money lost as a result of Ford's Conduct?

    Yes ☐     or     No ☐

If yes, what is the amount per vehicle? $ _____

Please sign and date this verdict form.

So say we all this 20th day of March, 2024.

_____
JURY FOREPERSON