UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-21087-CIV-MORENO

GEORGE TERSHAKOVEC, RICHARD
KOWALCHIK, MARK HOCHSPRUNG,
JOHN AUBREY, ERIC EVANS, and BYRON
HARPER, on behalf of all others similarly
situated in Florida, Missouri, New York, and
Washington,

        Plaintiffs,

vs.

FORD MOTOR COMPANY,

        Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rules of Civil Procedure 54 and 58, and in accordance with the verdict rendered by the jury on March 20, 2024, judgment is entered in favor of the Defendant Ford Motor Company and against Class Plaintiffs in Florida, Missouri, New York, and Washington represented by Aubrey, Kowalchik, Hochsprung, Kelly, Harper, and Evans.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 of March 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record