UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-21087-CIV-MORENO

GREG ROBERTS,

        Plaintiff,

vs.

FORD MOTOR COMPANY,

        Defendant.
_____/

**FINAL JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 54 and 58, and in accordance with the verdict rendered by the jury on March 20, 2024, judgment is entered in favor of the Defendant Ford Motor Company and against Plaintiff Roberts.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th of March 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record