UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:17-cv-21087-FAM

GEORGE TERSHAKOVEC, *et al.*,
individually and on behalf of all others
similarly situated,

       Plaintiffs,

v.

FORD MOTOR COMPANY,

       Defendant.

## THE PARTIES' JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.4(f)(2), Plaintiffs hereby provide notice that Plaintiffs and Defendant Ford Motor Company ("Ford") have reached an agreement in principle to resolve all claims asserted against Ford in this action.

Plaintiffs and Ford are working to finalize and document their agreement. Plaintiffs will provide another update on status on or before May 24, 2024.

Dated: April 26, 2024      Respectfully submitted,

              GROSSMAN ROTH YAFFA COHEN

              By: */s/ Stuart Z. Grossman*
                Stuart Z. Grossman (Fla. Bar No. 156113)
              2525 Ponce de Leon Blvd., Suite 1150
              Coral Gables, FL 33134
              Telephone: (888) 296-1681
              Facsimile:  (305) 285-1668
              Email: szg@grossmanroth.com

        Steve W. Berman (*pro hac vice*)
        Catherine Y.N. Gannon (*pro hac vice*)
        HAGENS BERMAN SOBOL SHAPIRO LLP
        1301 Second Avenue, Suite 2000
        Seattle, WA 98101
        Telephone: (206) 623-7292
        Facsimile: (206) 623-0594
        Email: steve@hbsslaw.com
        Email: catherineg@hbsslaw.com

        *Attorneys for Plaintiffs and the Proposed Classes*

Dated: April 26, 2024        COLE, SCOTT & KISSANE, P.A.

        By: */s/ Henry Salas*
            Henry Salas (Fla. Bar No. 815268)
        Dadeland Centre II – Suite 1400
        9150 South Dadeland Blvd.
        Miami, FL 33156
        Telephone: (786) 268-6410
        Facsimile:  (305) 373-2294
        Email: Henry.Salas@csklegal.com

        John M. Thomas (*pro hac vice*)
        Krista L. Lenart (*pro hac vice*)
        DYKEMA GOSSETT PLLC
        2723 South State Street, Suite 400
        Ann Arbor, MI  48104
        Telephone: (734) 214-7613
        Email: jthomas@dykema.com
        Email: klenart@dykema.com

        *Attorneys for Defendant Ford Motor Company*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served by the Court's CM/ECF system on April 26, 2024, on all counsel or parties of record.

        By: */s/ Stuart Z. Grossman*
            Stuart Z. Grossman
            Fla. Bar No. 156113